LAW OFFICES OF AMY N. TIRRE, APC
AMY N. TIRRE, ESQ. #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

Electronically filed on February 6, 2013.

Counsel for Alleged Debtor, Kinsley Resources, Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KINSLEY RESOURCES, INC.<br><br>Debtor. | Case No. BK-N-12-51217-BTB<br><br>Chapter 7 (Involuntary)<br><br>**STIPULATION TO VACATE HEARING AND STIPULATION TO CONVERT CASE TO CHAPTER 11 IF ORDER OF DISMISSAL NOT UPLOADED BY APRIL 15, 2013**<br><br>Hearing Date: February 13, 2013<br>Hearing Time: 3:00 p.m. |

NEVADA INDUSTRIAL MINERALS, LTD ("NIM"), by and through its attorney, JOHN WHITE, ESQ. of WHITE LAW CHARTERED, KINSLEY RESOURCES, INC. ("Kinsley") by and through its attorney, AMY N. TIRRE, ESQ. of LAW OFFICES OF AMY N. TIRRE, APC, and EDWIN ARBAR and his company, QUANTUM GEOCONSULTANTS, LLC, hereby stipulate and agree to vacate the hearing on Kinsley Resources, Inc.'s Motion to

/ / /

/ / /

/ / /

Dismiss Involuntary Petition currently scheduled for February 13, 2012 at 3:00 p.m.

The parties further stipulate and agree that unless a jointly-approved Stipulation and Order to Dismiss Involuntary Bankruptcy Case is uploaded to the ECF system no later than April 15, 2013, the case should be converted to a voluntary Chapter 11 bankruptcy case, rendering the Motion to Dismiss Involuntary Bankruptcy Case moot.

| Dated this 5th day of February, 2013. | Dated this 6th day of February, 2013. |
|---|---|
| WHITE LAW CHARTERED<br><br>By_____<br>JOHN WHITE, ESQ.<br><br>*Counsel for Nevada Industrial Minerals, Ltd. and Warren Herr* | LAW OFFICES OF AMY N. TIRRE, APC<br><br>By:_____<br>AMY N. TIRRE, ESQ.<br><br>*Counsel for Kinsley Resources, Inc.* |
| Dated this ____ day of February, 2013.<br><br>QUANTUM GEOCONSULTANTS GROUP, LLC<br><br>_____<br>EDWIN ARBAR<br><br>Its:  Managing Member | Dated this ____ day of February, 2013.<br><br><br><br><br>_____<br>EDWIN ARBAR, an individual |

LAW OFFICES OF AMY N. TIRRE
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com

FROM :                                    PHONE NO. : +                    Dec. 04 2012 03:15PM P1

Feb-05-2013 08:02pm    From-20 CENTURY BLDG                7758221228         T-847   P.003   F-471

1. Dismiss Involuntary Petition currently scheduled for February 13, 2012 at 3:00 p.m.
2. The parties further stipulate and agree that unless a jointly-approved Stipulation and Order
3. to Dismiss Involuntary Bankruptcy Case is uploaded to the ECF system no later than April 15,
4. 2013, the case should be converted to a voluntary Chapter 11 bankruptcy case, rendering the
5. Motion to Dismiss Involuntary Bankruptcy Case moot.

| Dated this 5/4 day of February, 2013. | Dated this ___ day of February, 2013. |
|---|---|
| WHITE LAW CHARTERED | LAW OFFICES OF AMY N. TIRRE, APC |
| By _____ <br> JOHN WHITE, ESQ. | By: _____ <br> AMY N. TIRRE, ESQ. |
| *Counsel for Nevada Industrial Minerals, Ltd. and Warren Herr* | *Counsel for Kinsley Resources, Inc.* |
| Dated this 5/4 day of February, 2013. | Dated this 5/4 day of February, 2013. |
| QUANTUM GEOCONSULTANTS GROUP, LLC <br><br> _____ <br> EDWIN ARBAR <br><br> Its: Managing Member | _____ <br> EDWIN ARBAR, an individual |

# CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Law Offices of Amy N. Tirre, that I am over the age of 18 and not a party to the above-referenced case, and that on February 6, 2013 I filed the **STIPULATION TO VACATE HEARING AND STIPULATION TO CONVERT CASE TO CHAPTER 11 IF ORDER OF DISMISSAL NOT UPLOADED BY APRIL 15, 2013** as indicated:

__x__        **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

- U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
- JOHN WHITE    bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

_____        **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below.

_____        **BY MAIL**: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 6 February 2013, with postage thereon fully prepaid in the ordinary course of business.

DATED this February 6, 2013.

                                         /s/ Genevieve DeLucchi
                                         An Employee of Law Offices of Amy N. Tirre

-3-