

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 24, 2013

LAW OFFICES OF AMY N. TIRRE, APC
AMY N. TIRRE, ESQ.  #6523
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 828-0909 Telephone
(775) 828-0914 Facsimile
E-mail: amy@amytirrelaw.com
Counsel for Debtor, Kinsley Resources, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>KINSLEY RESOURCES, INC.<br><br>Debtor. | Case No. BK-N-12-51217-BTB<br><br>Chapter 7 (Involuntary)<br><br>**ORDER CONVERTING INVOLUNTARY CHAPTER 7 CASE TO VOLUNTARY CHAPTER 11 CASE**<br><br>Hearing Date:   N/A<br>Hearing Time:   N/A |

Based upon the *Court's Order Approving Stipulation to Vacate Hearing and Stipulation to Convert Case to Chapter 11 if Order of Dismissal Not Uploaded by April 15, 2013* entered on February 7, 2013 (Docket #31), no Order of Dismissal having been uploaded, and good cause appearing,

IT IS HEREBY ORDERED that this case is hereby converted from an involuntary Chapter 7 case to a voluntary Chapter 11 case.

# # #

-1-