Attorney: **Stephen R. Harris, Esq.**
State Bar No.: **001463**
Mailing Address: **Harris & Petroni, Ltd.**
**417 West Plumb Lane**
**Reno, NV 89509**
Phone Number: **775 786-7600**     Fax Number:
Email Address:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re

**KINSLEY RESOURCES, INC.**

Case No. **12-51217**

Chapter **11**

Debtor

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- ☐ Voluntary Petition (Specify reason for amendment) _____
- ☐ Summary of Schedules
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☑ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ☑ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
    - ☐ Add/change address of already listed creditor - No Fee
- ☐ Schedule G - Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Regarding Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ☐ Certification of Credit Counseling
- ☐ Other: _____

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 5/3/13       /s/ Bruce C. Anderson
                    BRUCE C. ANDERSON
                    Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

KINSLEY RESOURCES, INC.

               Debtor(s).

Bankruptcy No.: 12-51217

Chapter 11

VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _May 3, 2013_

Signature _Bruce C. Anderson_
BRUCE C. ANDERSON

vercredmatrix.wpd rev. 4/12/07

KINSLEY RESOURCES, INC.
237 KENSINGTON PARK
IRVINE, CA  92606

BARRIGA, DELIA
1675 POPPYMEADOW CT.
COALINGA, CA  93210

BULLOCK, BRUCE
1 OCEAN RIDGE
NEWPORT COAST, CA  92657


Stephen R. Harris, Esq.
Harris & Petroni, Ltd.
417 West Plumb Lane
Reno, NV 89509

BENDAU, BILL
128 W. OLYMPIC
YUKON, OK  73099

CANN, BRIAN
2789 MARLOW COURT
SANTA ROSA, CA  95403


ALLISON, MACKENZIE, PAVLAKIS
402 N. DIVISION STREET
P.O. BOX 646
CARSON CITY, NV  89703

BETHEL BAPTIST CHURCH
C/O PASTOR DAN DAVIDSON
901 SOUTH EUCLID STREET
SANTA ANA, CA  92704

CARRUTHERS, LAURA D.
1780 W. MYRTLE AVE.
VISALIA, CA  93277


ANDERSON, BRUCE
237 KENSINGTON PARK
IRVINE, CA  92606

BILL BENDAU LAND SERVICES
C/O BILL BENDAU
128 W. OLYMPIC
YUKON, OK  73099

CASTRO, ADELAIDO
837 W. QUALLS STREET
FARMERSVILLE, CA  93223


ANDERSON, FLETCHER
27758 SANTA MARGARITA PKWY
BOX 307
MISSION VIEJO, CA  92691

BRACAMONTES, ALEX
1705 GAMAY COURT
TULARE, CA  93274

CASTRO, JOSE
17297 AVE. 280
EXETER, CA  93221


ANDERSON, ROB
P.O. BOX 2229
MINDEN, NV  89423

BRACAMONTES, SALVADOR
1705 GAMAY COURT
TULARE, CA  93274

CHAMBERLAIN, ALLEN
6495 NW SUMAC DRIVE
CORVALLIS, OR  97330


ANDERSON, R O
P.O. BOX 2229
MINDEN, NV  89423

BRADFORD, CRAIG
2680 U.S. HWY 199
CRESCENT CITY, CA  95531

CHRISTIAN, GREG
27612 ESCUNA
MISSION VIEJO, CA  92692-1204


ARBAR, EDWIN
4516 4TH STREET
LA MESA, CA  91941

BRAKEBUSH, STEVE
C/O BRUCE ANDERSON
237 KENSINGTON PARK
IRVINE, CA  92606

CIBRIAN, VANESSA
12487 FORESTER AVE.
VISALIA, CA  93291


BANK OF AMERICA
P.O. BOX 53181
PHOENIX, AZ  85072-3181

BREWER, ERIC
19802 SCENIC BAY
HUNTINGTON BEACH, CA  92648

CIFUENTES, ANA PATRICIA
1764 MONO COURT
TULARE, CA  93274


DANFORTH, WILLIAM
7259 S. HAZELTON LANE
TEMPE, AZ  85283

ESTATE OF WARREN HERR
C/O JOHN WHITE
335 W. 1ST STREET
RENO, NV  89503

GUDIEL, LUIS
31 AVE "A" 9-29 ZONA 7
GUATEMALA CITY, GUATEMALA

| | | |
|---|---|---|
| DE SANTIAGO, JOEL<br>108 DOVER STREET<br>DELANO, CA  93215 | EUCON CORP. & DEATLEY CRUSHING<br>BRIEN DeATLEY<br>4418 E. 8TH AVE.<br>SPOKANE VALLEY, WA  99212 | HARO, JACQUELINE<br>17297 AVE. 280<br>EXETER, CA  93221 |
| DE SANTIAGO, MARIO<br>16657 CAROB AVE.<br>CHINO HILLS, CA  91705 | FALCON GEODETIC, LTD.<br>C/O ZACH HENDERSON<br>321 CHERRY AVE.<br>AUBURN, CA  95603 | HARRIS, RICHARD<br>6121 LAKESIDE DRIVE, STE. 260<br>RENO, NV  89511 |
| DEGAR, BILL<br>15825 ROSEWOOD DRIVE<br>OVERLAND PARK, KS  66224 | FIGUEROA, OTTO<br>1952 STAGE COACH PLACE<br>TULARE, CA  93274 | HAYTER, KEN<br>2085 MILL VISTA ROAD<br>UNIT 2107<br>LITTLETON, CO  80129 |
| DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE.<br>SUITE 1300<br>LAS VEGAS, NV  89101 | FINKELSTEIN, MARK<br>2618 E. PARIS SE<br>GRAND RAPIDS, MI  49546 | HILLIS, STEVE & PAULA<br>1600 CAMPBELL STREET<br>KANSAS CITY, MO  64108 |
| DeROO, PAUL<br>13435 W. CYPRESS STREET<br>GOODYEAR, AZ  85395 | FOURTH & ONE, LLC<br>C/O PAUL LEEDS<br>401 WEST A STREET, STE. 2600<br>SAN DIEGO, CA  92101-7910 | IBARRA, ISELA<br>1300 SYRAH AVE.<br>VISALIA, CA  93274 |
| DONAHUE, KEVIN<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 | GARCIA, RICARDO<br>4445 E. 60TH STREET<br>MAYWOOD, CA  90270 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 |
| ERICKSON, JOSEPH<br>4529 E. EUGENIA<br>FRESNO, CA  93710 | GONSALEZ<br>610 S. LOS ANGELES STREET<br>TULARE, CA  93274 | INZUZA, GAVINO RIVERA<br>1300 SYRAH AVE.<br>TULARE, CA  93274 |
| ESTATE OF HOWARD ANDERSON<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | GUDIEL, BERTHA<br>1764 MONO COURT<br>TULARE, CA  93274 | KEVIN DONAHUE<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 |
| LANGSTON, BETH<br>200 NE MISSOURI RD.<br>SUITE 200<br>LEES SUMMIT, MO  64086 | MIRAMONTES, JOSE A.<br>768 N. GENE AVE.<br>FARMERSVILLE, CA  93223 | NV DEPARTMENT OF MOTOR VEHICLE<br>ATTN:  LEGAL DIVISION<br>855 WRIGHT WAY<br>CARSON CITY, NV  89711 |
| LDP DIVERSIFIED LLC<br>C/O JOSEPH DE LA PASION<br>GENESIS REALTY SOLUTIONS LLC<br>427 SOUTH MEADOWBROOK LANE<br>OLATHE, KS  66062 | MIRAMONTES, LEOBARDO<br>614 W. REESE AVE.<br>VISALIA, CA  93277 | OCAMPO, CLEMENTE<br>1220 N. HIGHLAND STREET<br>VISALIA, CA  93291 |

```
LEON, ANTONIO B.                MOSKOWITZ, ERIK                 OFFICE OF THE US TRUSTEE
570 LONGFELLOW WAY              240 WHISTLER RD, APT. 2F        300 BOOTH STREET
COALINGA, CA  93210             HIGHLAND PARK, IL  60035-5962   ROOM 3009
                                                                RENO, NV  89509


LIZA GUTIERREZ                  MYERS, LYNDA                    PAREDES, JOSE & IRENE
2125 MAUI COURT                 4708 LAKEWOOD DRIVE             522 W. ADDIE AVE.
TULARE, CA  93274               COLLEYVILLE, TX  76034          TULARE, CA  93274


LOPEZ, ROBERT                   NEV. EMPLOYMENT SECURITY        PENUNURI, ISELA V.
11376 GOLDENROD                 500 E. THIRD STREET             194 N. CANBY AVE.
FOUNTAIN VALLEY, CA  92708      CARSON CITY, NV  89713          TULARE, CA  93274


LYMAN, GREG                     NEVADA INDUSTRIAL MINERALS      PIMENTEL, MARIA D.
3430 SOUTH 100 EAST             C/O JOHN WHITE                  1679 HAWTHORN STREET
SALT LAKE CITY, UT  84106       335 W. 1ST STREET               LEMOORE, CA  93245
                                RENO, NV  89503


MARINOVICH, STEVE               NEVADA LABOR COMMISSION         PIMENTEL, MILTON
2495 E. 3706 N.                 675 FAIRVIEW DRIVE              1679 HAWTHORN STREET
TWIN FALLS, ID  83301           SUITE 226                       LEMOORE, CA  93245
                                CARSON CITY, NV  89710


MARLETT, D. NEAL                NOLAN, KEN                      PIMENTEL, PASCUAL & LETICIA
12932 SE KENT-KANGLEY RD. #242  C/O SKIP NOLAN                  720 MADRID COURT
KENT, WA  98030                 P.O. BOX 1023                   LEMOORE, CA  93245
                                KLAMATH, OR  95548


MCMILLAN, RICHARD               NOLAN, SKIP                     RARDIN, BOB & MELINDA
1205 N. BROADWAY                P.O. BOX 1023                   10130 E. NADINE STREET
SANTA ANA, CA  92701            KLAMATH, OR  95548              TEMPLE CITY, CA  91780


RISSE, TAMMI & RICHARD          VILLA, JUAN F.
13871 MERELLO STREET            1128 W. WALNUT AVE.
GARDEN GROVE, 92843             VISALIA, CA  93277


SANCHEZ, GABRIEL & PAULINA      WALSH, BAKER ET AL.
1331 N. LUELLA DRIVE            9468 DOUBLE R BLVD., STE. A
LOS ANGELES, CA  90063          RENO, NV  89521


SANCHEZ, WILLIAM & DARLENE      WESTBROOK, BOBBY
1605 FRANKLIN COURT             12200 OCEANVIEW DRIVE
CRESCENT CITY, CA  95531-8362   SMITH RIVER, CA  95567
```

```
SEFFENS, STEVE                  WORTHINGTON, MIKE & DEBI
41 GLENNHURST                   3212 ORLANDO ROAD
IRVINE, CA  92604               LOS ALAMITOS, CA  90720



SUN, FERNANDO
1764 MONO COURT
TULARE, CA  93274



SUN, SILVIA
1764 MONO COURT
TULARE, CA  93274



TAPIA, MARTHA Y.
1231 THOMPSON AVE.
GLENDALE, CA  91201



VALDEZ, FRANCISCO
857 E. LYNDALE
TULARE, CA  93274



VANCE, TERRY
100 ECNAV LANE
CRESCENT CITY, CA  95531
```