B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Nevada

In re **KINSLEY RESOURCES, INC.** _____ ,    Case No. **12-51217** _____

Debtor

Chapter **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 11,914,541.00 | | |
| B - Personal Property | YES | 3 | $ 94,467,617.37 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 6,117,319.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 6,912,788.48 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 26 | $ 106,382,158.37 | $ 13,030,107.60 | |

B6A (Official Form 6A) (12/07)

In re:  **KINSLEY RESOURCES, INC.** _____,     Case No.  __12-51217_____
                                    **Debtor**                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **4 PATENTED MINING CLAIMS IN WHITE PINE COUNTY, NEVADA** | Fee Owner | | $ 632,541.00 | $4,900,000.00 |
| **WATER RIGHTS THROUGH NEVADA STATE APPROPRIATION PERMIT #52895, FOR 610 AFA; T26N R68E SEC 4** | Fee Owner | | $3,682,000.00 | $ 294,000.00 |
| **WATER RIGHTS THROUGH NEVADA STATE APPROPRIATION PERMIT #80589, FOR 550 AFA; T26N R67E SEC 1** | Fee Owner | | $3,300,000.00 | $ 294,000.00 |
| **WATER RIGHTS THROUGH NEVADA STATE APPROPRIATION PERMIT #80590, FOR 550 AFA; T27N R67E SEC 24** | Fee Owner | | $3,300,000.00 | $ 294,000.00 |
| **WATER RIGHTS THROUGH STATE OF NEVADA APPROPRIATION PERMIT #80591, FOR 165 AFA; T26N R68E, SEC 20** | Fee Owner | | $1,000,000.00 | $ 294,000.00 |

                                              Total    ➢   $11,914,541.00

(Report also on Summary of Schedules )

B6B (Official Form 6B) (12/07)

In re **KINSLEY RESOURCES, INC.** _____   Case No. **12-51217** _____

Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHASE BANK - CHECKING ACCOUNT #8761 | | 23.37 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | NOTE PAYABLE FROM BRUCE ANDERSON (CONVERTIBLE TO SALARY UPON RECEIPT OF FUNDING) | | 25,440.00 |
| Accounts receivable. | | NOTE PAYABLE FROM D. NEAL MARLETT (CONVERTIBLE TO SALARY UPON RECEIPT OF FUNDING) | | 9,800.00 |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **KINSLEY RESOURCES, INC.** _____,    Case No. **12-51217** _____
Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | | **NOTE PAYABLE FROM ESTATE OF HOWARD ANDERSON (CONVERTIBLE TO SALARY UPON RECEIPT OF FUNDING)** | | 12,179.00 |
| Accounts receivable. | | **NOTE PAYABLE FROM FLETCHER ANDERSON (CONVERTIBLE TO SALARY UPON RECEIPT OF FUNDING)** | | 13,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **KINSLEY RESOURCES, INC.** _____,    Case No. **12-51217** _____
                          Debtor                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35  Other personal property of any kind not already listed.  Itemize. | | **1 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA** | | **158,135.00** |
| Other personal property of any kind not already listed.  Itemize. | | **10 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA** | | **1,581,351.00** |
| Other personal property of any kind not already listed.  Itemize. | | **44 LORD & SON UNPATENTED MINING CLAIMS IN ELKO AND WHITE PINE COUNTIES** | | **6,957,946.00** |
| Other personal property of any kind not already listed.  Itemize. | | **477 UNPATENTED MINING CLAIMS IN ELKO AND WHITE PINE COUNTIES, NEVADA** | | **75,430,459.00** |
| Other personal property of any kind not already listed.  Itemize. | | **5 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA** | | **790,676.00** |
| Other personal property of any kind not already listed.  Itemize. | | **54 KING UNPATENTED MINING CLAIMS IN ELKO AND WHITE PINE COUNTIES, NEVADA** | | **8,539,297.00** |
| Other personal property of any kind not already listed.  Itemize. | | **6 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA** | | **948,811.00** |

            __2__    continuation sheets attached            Total  ➢        **$94,467,617.37**

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   KINSLEY RESOURCES, INC. _____,    Case No.   12-51217 _____
                          **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BILL BENDAU LAND SERVICES <br> C/O BILL BENDAU <br> 128 W. OLYMPIC <br> YUKON, OK  73099 | | | PRINCIPAL BALANCE OF NOTE SECURED BY STATE OF NEVADA APPROPRIATION PERMITS #52895, 80589, 80590 AND 80591 FOR WATER RIGHTS <br><br> VALUE $11,282,000.00 | | | | 194,000.00 | 0.00 |
| ACCOUNT NO. <br><br> BRADFORD, CRAIG <br> 2680 U.S. HWY 199 <br> CRESCENT CITY, CA  95531 | | | PRINCIPAL BALANCE OF NOTE SECURED BY 10 UNPATENTED MINING CLAIM IN ELKO COUNTY, NEVADA <br><br> VALUE $1,581,351.00 | | | | 393,231.08 | 0.00 |
| ACCOUNT NO. <br><br> DEGAR, BILL <br> 15825 ROSEWOOD DRIVE <br> OVERLAND PARK, KS  66224 | | | PRINCIPAL BALANCE OF NOTE SECURED BY 1 UNPATENTED MINING CLAIM IN ELKO COUNTY, NEVADA <br><br> VALUE $158,135.00 | | | | 90,000.00 | 0.00 |
| ACCOUNT NO. <br><br> ESTATE OF WARREN HERR <br> C/O JOHN WHITE <br> 335 W. 1ST STREET <br> RENO, NV  89503 <br><br> NEVADA INDUSTRIAL MINERALS <br> C/O JOHN WHITE <br> 335 W. 1ST STREET <br> RENO, NV  89503 | X | | NOTE SECURED BY 54 KING UNPATENTED MINING CLAIMS IN ELKO AND WHITE PINE COUNTIES, AND 4 PATENTED MINING CLAIMS IN WHITE PINE COUNTY, NEVADA <br><br> VALUE $9,171,838.00 | | | | 385,000.00 | 0.00 |

1    continuation sheets
      attached

Subtotal  ➢                                          $   1,062,231.08   $            0.00
(Total of this page)

Total  ➢                                             $                    $
(Use only on last page)

(Report also on Summary of   (If applicable, report
Schedules)                   also on Statistical
                             Summary of Certain
                             Liabilities and
                             Related Data )

B6D (Official Form 6D) (12/07)- Cont.

In re  KINSLEY RESOURCES, INC.                                    Case No.  12-51217
                          Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EUCON CORP. & DEATLEY CRUSHING<br>BRIEN DeATLEY<br>4418 E. 8TH AVE.<br>SPOKANE VALLEY, WA  99212 | | | PRINCIPAL BALANCE OF NOTE SECURED BY 6 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA<br><br>VALUE $948,811.00 | | | | 300,000.00 | 0.00 |
| ACCOUNT NO.<br><br>FOURTH & ONE, LLC<br>C/O PAUL LEEDS<br>401 WEST A STREET, STE. 2600<br>SAN DIEGO, CA  92101-7910 | | | NOTE SECURED BY 44 LORD & SON UNPATENTED MINING CLAIMS, 54 KING UNPATENTED MINING CLAIMS IN ELKO AND WHITE PINE COUNTIES, AND 4 PATENTED MINING CLAIMS IN WHITE PINE COUNTY, NEVADA<br><br>VALUE $16,129,784.00 | | | | 4,500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>LDP DIVERSIFIED LLC<br>C/O JOSEPH DE LA PASION<br>GENESIS REALTY SOLUTIONS LLC<br>427 SOUTH MEADOWBROOK LANE<br>OLATHE, KS  66062 | | | PRINCIPAL BALANCE OF NOTE SECURED BY STATE OF NEVADA APPROPRIATION PERMITS #52895, 80589, 80590 AND 80591 FOR WATER RIGHTS<br><br>VALUE $11,282,000.00 | | | | 100,000.00 | 0.00 |
| ACCOUNT NO.<br><br>VANCE, TERRY<br>100 ECNAV LANE<br>CRESCENT CITY, CA  95531 | | | PRINCIPAL BALANCE OF NOTE SECURED BY 5 UNPATENTED MINING CLAIMS IN ELKO COUNTY, NEVADA<br><br>VALUE $790,676.00 | | | | 155,088.04 | 0.00 |

Sheet no.  1 of  1 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $  5,055,088.04 | $        0.00 |

| | |
|---|---|
| $  6,117,319.12 | $        0.00 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

B6E (Official Form 6E) (4/10)

In re    **KINSLEY RESOURCES, INC.** _____    Case No.    __12-51217_____
                                    Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re   **KINSLEY RESOURCES, INC.**                                    Case No.   **12-51217**
Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | | | $0.00 |
| | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $        0.00 | $        0.00 | $        0.00 |
| Total  ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules ) | $        0.00 | | |
| Total  ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data ) | | $        0.00 | $        0.00 |

B6F (Official Form 6F) (12/07)

In re   KINSLEY RESOURCES, INC.

Case No. 12-51217

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 10,000.00 |
| *UNDELIVERABLE* OCAMPO, CLEMENTE 1220 N. HIGHLAND STREET VISALIA, CA  93291 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 3,000.00 |
| ALLISON, MACKENZIE, PAVLAKIS 402 N. DIVISION STREET P.O. BOX 646 CARSON CITY, NV  89703 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 1,065,000.00 |
| ANDERSON, BRUCE 237 KENSINGTON PARK IRVINE, CA  92606 | | | UNPAID FEES ARISING FROM INDEPENDENT CONTRACTOR AGREEMENT | | | | |
| ACCOUNT NO | | | | | | | 0.00 |
| ANDERSON, BRUCE 237 KENSINGTON PARK IRVINE, CA  92606 | | | MONEY LOANED | | | | |
| ACCOUNT NO | | | | | | | 700,000.00 |
| ANDERSON, FLETCHER 27758 SANTA MARGARITA PKWY BOX 307 MISSION VIEJO, CA  92691 | | | UNPAID FEES ARISING FROM INDEPENDENT CONTRACTOR AGREEMENT | | | | |

15   Continuation sheets attached

Subtotal ➢ $   1,778,000.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __KINSLEY RESOURCES, INC._____          Case No. __12-51217_____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | |
| ANDERSON, R O P.O. BOX 2229 MINDEN, NV 89423 | | | MONEY LOANED | | | | 18,032.42 |
| ACCOUNT NO | | | | | | | |
| ANDERSON, ROB P.O. BOX 2229 MINDEN, NV 89423 | | | GOODS/SERVICES | | | | 0.00 |
| ACCOUNT NO | | | | | | | |
| ARBAR, EDWIN 4516 4TH STREET LA MESA, CA 91941 | | | GOODS/SERVICES | | | | 75,000.00 |
| ACCOUNT NO | | | | | | | |
| BANK OF AMERICA P.O. BOX 53181 PHOENIX, AZ 85072-3181 | | | GOODS/SERVICES | | | | 30,831.81 |
| ACCOUNT NO | | | | | | | |
| BARRIGA, DELIA 1675 POPPYMEADOW CT. COALINGA, CA 93210 | | | INVESTMENT | | | | 50,000.00 |

___15___  Continuation sheets attached

Sheet no. _1_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          173,864.23

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **KINSLEY RESOURCES, INC.** _____     Case No. **12-51217** _____
                                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BENDAU, BILL 128 W. OLYMPIC YUKON, OK  73099** | | | **INVESTMENT** | | | | 0.00 |
| ACCOUNT NO. **BETHEL BAPTIST CHURCH C/O PASTOR DAN DAVIDSON 901 SOUTH EUCLID STREET SANTA ANA, CA  92704** | | | **MONEY LOANED** | | | | 75,000.00 |
| ACCOUNT NO. **BRACAMONTES, ALEX 1705 GAMAY COURT TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | 5,000.00 |
| ACCOUNT NO. **BRACAMONTES, SALVADOR 1705 GAMAY COURT TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | 4,500.00 |
| ACCOUNT NO. **BRAKEBUSH, STEVE C/O BRUCE ANDERSON 237 KENSINGTON PARK IRVINE, CA  92606** | | | **UNSECURED INVESTOR** | | | | 200,000.00 |

__15__  Continuation sheets attached

Sheet no. __2__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    **284,500.00**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __KINSLEY RESOURCES, INC._____,      Case No. __12-51217_____
                                  Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 15,000.00 |
| BREWER, ERIC 19802 SCENIC BAY HUNTINGTON BEACH, CA  92648 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 200,000.00 |
| BULLOCK, BRUCE 1 OCEAN RIDGE NEWPORT COAST, CA  92657 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 2,000.00 |
| CANN, BRIAN 2789 MARLOW COURT SANTA ROSA, CA  95403 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 10,000.00 |
| CARRUTHERS, LAURA D. 1780 W. MYRTLE AVE. VISALIA, CA  93277 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 50,000.00 |
| CASTRO, ADELAIDO 837 W. QUALLS STREET FARMERSVILLE, CA  93223 | | | UNSECURED INVESTOR | | | | |

__15__   Continuation sheets attached

Sheet no. _3_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $         277,000.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __KINSLEY RESOURCES, INC.__ _____      Case No.  __12-51217__ _____
 _____
                                Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO <br><br> **CASTRO, JOSE** <br> **17297 AVE. 280** <br> **EXETER, CA  93221** | | | **UNSECURED INVESTOR** | | | | **25,000.00** |
| ACCOUNT NO <br><br> **CHAMBERLAIN, ALLEN** <br> **6495 NW SUMAC DRIVE** <br> **CORVALLIS, OR  97330** | | | **UNSECURED INVESTOR** | | | | **180,000.00** |
| ACCOUNT NO <br><br> **CHRISTIAN, GREG** <br> **27612 ESCUNA** <br> **MISSION VIEJO, CA  92692-1204** | | | **UNSECURED INVESTOR** | | | | **104,500.00** |
| ACCOUNT NO <br><br> **CIBRIAN, VANESSA** <br> **12487 FORESTER AVE.** <br> **VISALIA, CA  93291** | | | **UNSECURED INVESTOR** | | | | **3,000.00** |
| ACCOUNT NO <br><br> **CIFUENTES, ANA PATRICIA** <br> **1764 MONO COURT** <br> **TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | **5,000.00** |

__15__  Continuation sheets attached

Sheet no. __4__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          317,500.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  KINSLEY RESOURCES, INC.                                                    Case No.  12-51217
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 50,000.00 |
| DANFORTH, WILLIAM 7259 S. HAZELTON LANE TEMPE, AZ 85283 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 10,000.00 |
| DE SANTIAGO, JOEL 108 DOVER STREET DELANO, CA 93215 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 150,000.00 |
| DE SANTIAGO, MARIO 16657 CAROB AVE. CHINO HILLS, CA 91705 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 15,000.00 |
| DeROO, PAUL 13435 W. CYPRESS STREET GOODYEAR, AZ 85395 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 320,000.00 |
| DONAHUE, KEVIN 1205 N. BROADWAY SANTA ANA, CA 92701 | | | UNSECURED INVESTOR | | | | |

      15   Continuation sheets attached

Sheet no.  5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $         545,000.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  KINSLEY RESOURCES, INC.                                    Case No. 12-51217
                    Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 56,540.00 |
| DONAHUE, KEVIN 1205 N. BROADWAY SANTA ANA, CA 92701 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 30,000.00 |
| ERICKSON, JOSEPH 4529 E. EUGENIA FRESNO, CA 93710 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 435,000.00 |
| ESTATE OF HOWARD ANDERSON C/O BRUCE ANDERSON 237 KENSINGTON PARK IRVINE, CA 92606 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 580,000.00 |
| ESTATE OF HOWARD ANDERSON C/O BRUCE ANDERSON 237 KENSINGTON PARK IRVINE, CA 92606 | | | UNPAID FEES ARISING OUT OF INDEPENDENT CONTRACTOR AGREEMENT | | | | |
| ACCOUNT NO | | | | | | | 50,000.00 |
| ESTATE OF WARREN HERR C/O JOHN WHITE 335 W. 1ST STREET RENO, NV 89503 | | | UNSECURED INVESTOR | | | | |

  15   Continuation sheets attached

Sheet no  6 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                1,151,540.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KINSLEY RESOURCES, INC.** _____    Case No. __12-51217_____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 22,000.00 |
| FALCON GEODETIC, LTD. C/O ZACH HENDERSON 321 CHERRY AVE. AUBURN, CA  95603 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 1,000.00 |
| FIGUEROA, OTTO 1952 STAGE COACH PLACE TULARE, CA  93274 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 60,000.00 |
| FINKELSTEIN, MARK 2618 E. PARIS SE GRAND RAPIDS, MI  49546 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 25,000.00 |
| GARCIA, RICARDO 4445 E. 60TH STREET MAYWOOD, CA  90270 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 7,000.00 |
| GONSALEZ 610 S. LOS ANGELES STREET TULARE, CA  93274 | | | UNSECURED INVESTOR | | | | |

__15__  Continuation sheets attached

Sheet no  _7_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $ | 115,000.00

Total  ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KINSLEY RESOURCES, INC.** _____,   Case No.  **12-51217** _____
                                             Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | **21,000.00** |
| **GUDIEL, BERTHA** <br> **1764 MONO COURT** <br> **TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | |
| ACCOUNT NO | | | | | | | **70,000.00** |
| **GUDIEL, LUIS** <br> **31 AVE "A" 9-29 ZONA 7** <br> **GUATEMALA CITY, GUATEMALA** | | | **UNSECURED INVESTOR** | | | | |
| ACCOUNT NO | | | | | | | **3,000.00** |
| **GUTIERREZ, LIZA** <br> **2125 MAUI COURT** <br> **TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | |
| ACCOUNT NO | | | | | | | **25,000.00** |
| **HARO, JACQUELINE** <br> **17297 AVE. 280** <br> **EXETER, CA  93221** | | | **UNSECURED INVESTOR** | | | | |
| ACCOUNT NO | | | | | | | **5,000.00** |
| **HARRIS, RICHARD** <br> **6121 LAKESIDE DRIVE, STE. 260** <br> **RENO, NV  89511** | | | **GOODS/SERVICES** | | | | |

_____15_____  Continuation sheets attached

Sheet no. __8__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **124,000.00**

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   KINSLEY RESOURCES, INC.                              Case No.  12-51217
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 25,000.00 |
| HAYTER, KEN 2085 MILL VISTA ROAD UNIT 2107 LITTLETON, CO  80129 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 80,000.00 |
| HILLIS, STEVE & PAULA 1600 CAMPBELL STREET KANSAS CITY, MO  64108 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 0.00 |
| IBARRA, ISELA 1300 SYRAH AVE. VISALIA, CA  93274 | | | NOTICE PURPOSE ONLY | | | | |
| ACCOUNT NO | | | | | | | 100,000.00 |
| INZUZA, GAVINO RIVERA 1300 SYRAH AVE. TULARE, CA  93274 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 0.00 |
| LANGSTON, BETH 200 NE MISSOURI RD. SUITE 200 LEES SUMMIT, MO  64086 | | | NOTICE PURPOSE ONLY | | | | |

    15   Continuation sheets attached

Sheet no.  9 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $               205,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **KINSLEY RESOURCES, INC.**                                    Case No.  12-51217
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>LEON, ANTONIO B.<br>570 LONGFELLOW WAY<br>COALINGA, CA  93210 | | | UNSECURED INVESTOR | | | | 5,000.00 |
| ACCOUNT NO<br><br>LOPEZ, ROBERT<br>11376 GOLDENROD<br>FOUNTAIN VALLEY, CA  92708 | | | UNSECURED INVESTOR | | | | 142,000.00 |
| ACCOUNT NO<br><br>LYMAN, GREG<br>3430 SOUTH 100 EAST<br>SALT LAKE CITY, UT  84106 | | | UNSECURED INVESTOR | | | | 50,000.00 |
| ACCOUNT NO<br><br>MARINOVICH, STEVE<br>2495 E. 3706 N.<br>TWIN FALLS, ID  83301 | | | UNSECURED INVESTOR | | | | 44,800.00 |
| ACCOUNT NO<br><br>MARLETT, D. NEAL<br>12932 SE KENT-KANGLEY RD. #242<br>KENT, WA  98030 | | | UNPAID FEES ARISING OUT OF INDPENDENT CONTRACTOR AGREEMENT | | | | 922,531.00 |

_15_  Continuation sheets attached

Sheet no. _10_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    1,164,331.00

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   KINSLEY RESOURCES, INC.
                        Debtor

Case No.  12-51217
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 80,000.00 |
| MCMILLAN, RICHARD 1205 N. BROADWAY SANTA ANA, CA  92701 | | | GOODS/SERVICES | | | | |
| ACCOUNT NO | | | | | | | 5,000.00 |
| MIRAMONTES, JOSE A. 768 N. GENE AVE. FARMERSVILLE, CA  93223 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 50,000.00 |
| MIRAMONTES, LEOBARDO 614 W. REESE AVE. VISALIA, CA  93277 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 50,000.00 |
| MOSKOWITZ, ERIK 240 WHISTLER RD, APT. 2F HIGHLAND PARK, IL  60035-5962 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 25,000.00 |
| MYERS, LYNDA 4708 LAKEWOOD DRIVE COLLEYVILLE, TX  76034 | | | UNSECURED INVESTOR | | | | |

      15   Continuation sheets attached

Sheet no.  11  of  15  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                210,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KINSLEY RESOURCES, INC.**                                Case No. **12-51217**
                                                    Debtor                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 15,000.00 |
| **NOLAN, KEN** **C/O SKIP NOLAN** **P.O. BOX 1023** **KLAMATH, OR  95548** | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 53,000.00 |
| **NOLAN, SKIP** **P.O. BOX 1023** **KLAMATH, OR  95548** | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 55,000.00 |
| **PAREDES, JOSE & IRENE** **522 W. ADDIE AVE.** **TULARE, CA  93274** | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 15,000.00 |
| **PENUNURI, ISELA V.** **194 N. CANBY AVE.** **TULARE, CA  93274** | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 13,000.00 |
| **PIMENTEL, MARIA D.** **1679 HAWTHORN STREET** **LEMOORE, CA  93245** | | | UNSECURED INVESTOR | | | | |

_15_   Continuation sheets attached

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              151,000.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **KINSLEY RESOURCES, INC.**                                    Case No.  **12-51217**
                                          Debtor                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | 6,000.00 |
| PIMENTEL, MILTON 1679 HAWTHORN STREET LEMOORE, CA  93245 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 10,000.00 |
| PIMENTEL, PASQUAL & LETICIA 720 MADRID COURT LEMOORE, CA  93245 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 60,000.00 |
| RARDIN, BOB & MELINDA 10130 E. NADINE STREET TEMPLE CITY, CA  91780 | | | UNSECURED INVESTOR | | | | |
| ACCOUNT NO | | | | | | | 0.00 |
| RISSE, TAMMI & RICHARD 13871 MERELLO STREET GARDEN GROVE, 92843 | | | NOTICE PURPOSE ONLY | | | | |
| ACCOUNT NO | | | | | | | 10,000.00 |
| SANCHEZ, GABRIEL & PAULINA 1331 N. LUELLA DRIVE LOS ANGELES, CA  90063 | | | UNSECURED INVESTOR | | | | |

  __15__   Continuation sheets attached

Sheet no.  __13__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $              **86,000.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **KINSLEY RESOURCES, INC.** _____
　　　　　　　　　　　　　　　　Debtor

Case No.  **12-51217** _____
　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>**SANCHEZ, WILLIAM & DARLENE**<br>**1605 FRANKLIN COURT**<br>**CRESCENT CITY, CA  95531-8362** | | | UNSECURED INVESTOR | | | | 30,000.00 |
| ACCOUNT NO<br>**SEFFENS, STEVE**<br>**41 GLENNHURST**<br>**IRVINE, CA  92604** | | | UNSECURED INVESTOR | | | | 5,000.00 |
| ACCOUNT NO<br>**SUN, FERNANDO**<br>**1764 MONO COURT**<br>**TULARE, CA  93274** | | | UNSECURED INVESTOR | | | | 2,000.00 |
| ACCOUNT NO<br>**SUN, SILVIA**<br>**1764 MONO COURT**<br>**TULARE, CA  93274** | | | NOTICE PURPOSE ONLY | | | | 0.00 |
| ACCOUNT NO<br>**TAPIA, MARTHA Y.**<br>**1231 THOMPSON AVE.**<br>**GLENDALE, CA  91201** | | | UNSECURED INVESTOR | | | | 2,000.00 |

　　　　　<u>15</u>　Continuation sheets attached

Sheet no.  <u>14</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ | $ | 39,000.00

Total  ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __KINSLEY RESOURCES, INC.__ _____        Case No. __12-51217_____
                                    Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br><br>**VALDEZ, FRANCISCO**<br>**857 E. LYNDALE**<br>**TULARE, CA  93274** | | | **UNSECURED INVESTOR** | | | | **10,000.00** |
| ACCOUNT NO<br><br>**VILLA, JUAN F.**<br>**1128 W. WALNUT AVE.**<br>**VISALIA, CA  93277** | | | **UNSECURED INVESTOR** | | | | **15,000.00** |
| ACCOUNT NO<br><br>**WALSH, BAKER ET AL.**<br>**9468 DOUBLE R BLVD., STE. A**<br>**RENO, NV  89521** | | | **GOODS/SERVICES** | | | | **3,423.25** |
| ACCOUNT NO<br><br>**WESTBROOK, BOBBY**<br>**12200 OCEANVIEW DRIVE**<br>**SMITH RIVER, CA  95567** | | | **UNSECURED INVESTOR** | | | | **252,630.00** |
| ACCOUNT NO<br><br>**WORTHINGTON, MIKE & DEBI**<br>**3212 ORLANDO ROAD**<br>**LOS ALAMITOS, CA  90720** | | | **UNSECURED INVESTOR** | | | | **10,000.00** |

__15__  Continuation sheets attached

Sheet no. __15__ of __15__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                    Subtotal  ➢  $         291,053.25

                                                    Total  ➢  $       6,912,788.48

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **KINSLEY RESOURCES, INC.** _____,    Case No.  **12-51217** _____
                          Debtor                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    ☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **BUREAU OF LAND MANAGEMENT NEVADA STATE OFFICE 1340 FINANCIAL BLVD. RENO, NV  89502** | **LEASE FOR 296 UNPATENTED LODE MINING CLAIMS. FILING FEE OF $55,944 DUE BY 6/22/13.  ANNUAL MAINTENANCE FEE OF $84,140 ON 601 LODE MINING CLAIMS DUE BY 8/30/13.** |
| **ELKO COUNTY RECORDER 571 IDAHO STREET, ROOM 103 ELKO, NV  89801** | **CONTRACT FOR UNPATENTED LODE MINING CLAIMS. RECORDING FEES OF $11,100 ON 296 UNPATENTED LODE MINING CLAIMS DUE BY 6/22/13, AND ANNUAL INTENT TO HOLD FEE OF $5,634 DUE BY 10/31/13.** |
| **FALCON GEODETIC, LTD. C/O ZACH HENDERSON 321 CHERRY AVE. AUBURN, CA  95603** | **CONTRACT TO FINALIZE CORNER STAKING ON 296 UNPATENTED LODE MINING CLAIMS. PAYMENT OF $49,676 DUE ON 6/22/13.** |
| **WHITE PINE COUNTY RECORDER 801 CLARK STREET, SUITE 1 ELY, NV 89301** | **ANNUAL INTENT TO HOLD FEE OF $1,014 ON UNPATENTED LODE MINING CLAIMS DUE BY 10/31/13.** |

B6H (Official Form 6H) (12/07)

In re: **KINSLEY RESOURCES, INC.**                          Case No.  **12-51217**
_____                                              _____
                              **Debtor**                                                                          (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BRUCE C. ANDERSON**<br>**237 KENSINGTON PARK**<br>**IRVINE, CA  92606** | **ESTATE OF WARREN HERR**<br>**C/O JOHN WHITE**<br>**335 W. 1ST STREET**<br>**RENO, NV  89503** |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **KINSLEY RESOURCES, INC.** _____,  Case No.  __12-51217_____

_____ Debtor  Chapter  __11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  KINSLEY RESOURCES, INC. _____    Case No.  12-51217 _____
_____
                              Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I BRUCE C. ANDERSON, the <u>PRESIDENT</u> of the <u>Corporation</u> named as debtor in this case, declare under penalty of

perjury that I have read the foregoing summary and schedules, consisting of **27** _____ sheets *(Total shown on summary page plus 1)*,

and that they are true and correct to the best of my knowledge, information, and belief.

Date *14 May 2013*                         Signature:   *Bruce C. Anderson*

                                                          **BRUCE C. ANDERSON PRESIDENT** _____
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C §§ 152 and 3571.*