United States Bankruptcy Court
District of Nevada

In re: KINSLEY RESOURCES, INC.                                Case No. 12-51217

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| BRUCE C. ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA 92606 | | 30.67 PERCENT | STOCK |
| ESTATE OF HOWARD C. ANDERSON<br>C/O MARY ANDERSON<br>1745 S. PEBBLE BEACH DRIVE<br>CRESCENT CITY, CA 95531 | | 30.67 PERCENT | STOCK |
| FLETCHER H. ANDERSON<br>27758 SANTA MARGARITA PKWY<br>BOX 307<br>MISSION VIEJO, CA 92691 | | 5.01 PERCENT | STOCK |
| KEVIN DONAHUE<br>1205 N. BROADWAY<br>SANTA ANA, CA 92701 | | 1.98 PERCENT | STOCK |
| RICHARD MCMILLAN<br>1205 N. BROADWAY<br>SANTA ANA, CA 92701 | | 1 PERCENT | STOCK |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, BRUCE C. ANDERSON PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: *14 May 2013*                    *Bruce C. Anderson*
                                        BRUCE C. ANDERSON, PRESIDENT, KINSLEY
                                        RESOURCES, INC.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571.

List of Equity Security Holders - Page 1