B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **KINSLEY RESOURCES, INC.**, Case No. **12-51217**
Debtor   Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ANDERSON, BRUCE<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | | INDEPENDENT CONTRACTOR FEES | | $1,065,000.00 |
| MARLETT, D. NEAL<br>12932 SE KENT-KANGLEY RD. #242<br>KENT, WA  98030 | | INDEPENDENT CONTRACTOR FEES | | $922,531.00 |
| ANDERSON, FLETCHER<br>27758 SANTA MARGARITA PKWY<br>BOX 307<br>MISSION VIEJO, CA  92691 | | INDEPENDENT CONTRACTOR FEES | | $700,000.00 |
| ESTATE OF HOWARD ANDERSON<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | | INDEPENDENT CONTRACTOR FEES | | $580,000.00 |
| ESTATE OF HOWARD ANDERSON<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | | UNSECURED INVESTOR | | $435,000.00 |
| DONAHUE, KEVIN<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 | | UNSECURED INVESTOR | | $320,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **KINSLEY RESOURCES, INC.**                                   , Case No. **12-51217**
                              Debtor                                  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WESTBROOK, BOBBY<br>12200 OCEANVIEW DRIVE<br>SMITH RIVER, CA  95567 | | UNSECURED INVESTOR | | $252,630.00 |
| BRAKEBUSH, STEVE<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | | UNSECURED INVESTOR | | $200.000.00 |
| BULLOCK, BRUCE<br>1 OCEAN RIDGE<br>NEWPORT COAST, CA  92657 | | UNSECURED INVESTOR | | $200,000.00 |
| CHAMBERLAIN, ALLEN<br>6495 NW SUMAC DRIVE<br>CORVALLIS, OR  97330 | | UNSECURED INVESTOR | | $180,000.00 |
| DE SANTIAGO, MARIO<br>16657 CAROB AVE.<br>CHINO HILLS, CA  91705 | | UNSECURED INVESTOR | | $150,000.00 |
| LOPEZ, ROBERT<br>11376 GOLDENROD<br>FOUNTAIN VALLEY, CA  92708 | | UNSECURED INVESTOR | | $142,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **KINSLEY RESOURCES, INC.**                ,    Case No. **12-51217**
              Debtor                                              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CHRISTIAN, GREG<br>27612 ESCUNA<br>MISSION VIEJO, CA  92692-1204 | | UNSECURED INVESTOR | | $104,500.00 |
| INZUZA, GAVINO RIVERA<br>1300 SYRAH AVE.<br>TULARE, CA  93274 | | UNSECURED INVESTOR | | $100.000.00 |
| HILLIS, STEVE & PAULA<br>1600 CAMPBELL STREET<br>KANSAS CITY, MO  64108 | | UNSECURED INVESTOR | | $80,000.00 |
| MCMILLAN, RICHARD<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 | | GOODS/SERVICES | | $80,000.00 |
| ARBAR, EDWIN<br>4516 4TH STREET<br>LA MESA, CA  91941 | | GOODS/SERVICES | | $75,000.00 |
| BETHEL BAPTIST CHURCH<br>C/O PASTOR DAN DAVIDSON<br>901 SOUTH EUCLID STREET<br>SANTA ANA, CA  92704 | | UNSECURED INVESTOR | | $75,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **KINSLEY RESOURCES, INC.**                                    , Case No. **12-51217**
                        Debtor                                          Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GUDIEL, LUIS<br>31 AVE "A" 9-29 ZONA 7<br>GUATEMALA CITY, GUATEMALA | | UNSECURED INVESTOR | | $70,000.00 |
| RARDIN, BOB & MELINDA<br>10130 E. NADINE STREET<br>TEMPLE CITY, CA  91780 | | UNSECURED INVESTOR | | $60.000.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, BRUCE C. ANDERSON, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/14/2013**                              Signature: **s/ BRUCE C. ANDERSON**

                                                  **BRUCE C. ANDERSON ,PRESIDENT**
                                                  (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.