STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, NV 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@renolaw.biz
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

IN RE:

KINSLEY RESOURCES, INC.,

Debtor.

Case No.: BK-N-12-51217-btb

(Chapter 11)

**CERTIFICATE OF SERVICE**

Hrg. DATE: June 3, 2013
Hrg. TIME: 2:00 p.m.

_____/

I, JAMIE HARRIS, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the: **NOTICE TO CREDITORS [RE: NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES] (Docket No. 34)** was made May 8th, 2013, via U.S. Mail, first class, postage pre-paid, and addressed to the attached list of creditors and parties in interest.

\\
\\
\\
\\

1  UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS
2  TRUE AND CORRECT.
3
4  Dated this 16th day of May, 2013.
5
6
7  _____
   JAMIE HARRIS, Employee of
   HARRIS & PETRONI, LTD.

| | | |
|---|---|---|
| KINSLEY RESOURCES, INC.<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | BANK OF AMERICA<br>P.O. BOX 53181<br>PHOENIX, AZ  85072-3181 | BREWER, ERIC<br>19802 SCENIC BAY<br>HUNTINGTON BEACH, CA  92648 |
| Stephen R. Harris, Esq.<br>Harris & Petroni, Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 | BARRIGA, DELIA<br>1675 POPPYMEADOW CT.<br>COALINGA, CA  93210 | BULLOCK, BRUCE<br>1 OCEAN RIDGE<br>NEWPORT COAST, CA  92657 |
| *UNDELIVERABLE* (crossed out)<br>OCAMPO, CLEMENTE<br>1220 N. HIGHLAND STREET<br>VISALIA, CA  93291 | BENDAU, BILL<br>128 W. OLYMPIC<br>YUKON, OK  73099 | BUREAU OF LAND MANAGEMENT<br>NEVADA STATE OFFICE<br>1340 FINANCIAL BLVD.<br>RENO, NV  89502 |
| ALLISON, MACKENZIE, PAVLAKIS<br>402 N. DIVISION STREET<br>P.O. BOX 646<br>CARSON CITY, NV  89703 | BETHEL BAPTIST CHURCH<br>C/O PASTOR DAN DAVIDSON<br>901 SOUTH EUCLID STREET<br>SANTA ANA, CA  92704 | CANN, BRIAN<br>2789 MARLOW COURT<br>SANTA ROSA, CA  95403 |
| ANDERSON, BRUCE<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | BILL BENDAU LAND SERVICES<br>C/O BILL BENDAU<br>128 W. OLYMPIC<br>YUKON, OK  73099 | CARRUTHERS, LAURA D.<br>1780 W. MYRTLE AVE.<br>VISALIA, CA  93277 |
| ANDERSON, FLETCHER<br>27758 SANTA MARGARITA PKWY<br>BOX 307<br>MISSION VIEJO, CA  92691 | BRACAMONTES, ALEX<br>1705 GAMAY COURT<br>TULARE, CA  93274 | CASTRO, ADELAIDO<br>837 W. QUALLS STREET<br>FARMERSVILLE, CA  93223 |
| ANDERSON, ROB<br>P.O. BOX 2229<br>MINDEN, NV  89423 | BRACAMONTES, SALVADOR<br>1705 GAMAY COURT<br>TULARE, CA  93274 | CASTRO, JOSE<br>17297 AVE. 280<br>EXETER, CA  93221 |
| ANDERSON, R O (crossed out)<br>P.O. BOX 2229<br>MINDEN, NV  89423 | BRADFORD, CRAIG<br>2680 U.S. HWY 199<br>CRESCENT CITY, CA  95531 | CHAMBERLAIN, ALLEN<br>6495 NW SUMAC DRIVE<br>CORVALLIS, OR  97330 |
| ARBAR, EDWIN<br>4516 4TH STREET<br>LA MESA, CA  91941 | BRAKEBUSH, STEVE<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | CHRISTIAN, GREG<br>27612 ESCUNA<br>MISSION VIEJO, CA  92692-1204 |
| CIBRIAN, VANESSA<br>12487 FORESTER AVE.<br>VISALIA, CA  93291 | ELKO COUNTY RECORDER<br>571 IDAHO STREET, ROOM 103<br>ELKO, NV  89801 | GARCIA, RICARDO<br>4445 E. 60TH STREET<br>MAYWOOD, CA  90270 |

| | | |
|---|---|---|
| CIFUENTES, ANA PATRICIA<br>1764 MONO COURT<br>TULARE, CA  93274 | ERICKSON, JOSEPH<br>4529 E. EUGENIA<br>FRESNO, CA  93710 | GONSALEZ<br>610 S. LOS ANGELES STREET<br>TULARE, CA  93274 |
| DANFORTH, WILLIAM<br>7259 S. HAZELTON LANE<br>TEMPE, AZ  85283 | ESTATE OF HOWARD ANDERSON<br>C/O BRUCE ANDERSON<br>237 KENSINGTON PARK<br>IRVINE, CA  92606 | GUDIEL, BERTHA<br>1764 MONO COURT<br>TULARE, CA  93274 |
| DE SANTIAGO, JOEL<br>108 DOVER STREET<br>DELANO, CA  93215 | ESTATE OF WARREN HERR<br>C/O JOHN WHITE<br>335 W. 1ST STREET<br>RENO, NV  89503 | GUDIEL, LUIS<br>31 AVE "A" 9-29 ZONA 7<br>GUATEMALA CITY, GUATEMALA |
| DE SANTIAGO, MARIO<br>16657 CAROB AVE.<br>CHINO HILLS, CA  91705 | EUCON CORP. & DEATLEY CRUSHING<br>BRIEN DeATLEY<br>4418 E. 8TH AVE.<br>SPOKANE VALLEY, WA  99212 | GUTIERREZ, LIZA<br>2125 MAUI COURT<br>TULARE, CA  93274 |
| DEGAR, BILL<br>15825 ROSEWOOD DRIVE<br>OVERLAND PARK, KS  66224 | FALCON GEODETIC, LTD.<br>C/O ZACH HENDERSON<br>321 CHERRY AVE.<br>AUBURN, CA  95603 | HARO, JACQUELINE<br>17297 AVE. 280<br>EXETER, CA  93221 |
| DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE.<br>SUITE 1300<br>LAS VEGAS, NV  89101 | FIGUEROA, OTTO<br>1952 STAGE COACH PLACE<br>TULARE, CA  93274 | HARRIS, RICHARD<br>6121 LAKESIDE DRIVE, STE. 260<br>RENO, NV  89511 |
| DeROO, PAUL<br>13435 W. CYPRESS STREET<br>GOODYEAR, AZ  85395 | FINKELSTEIN, MARK<br>2618 E. PARIS SE<br>GRAND RAPIDS, MI  49546 | HAYTER, KEN<br>2085 MILL VISTA ROAD<br>UNIT 2107<br>LITTLETON, CO  80129 |
| DONAHUE, KEVIN<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 | FOURTH & ONE, LLC<br>C/O PAUL LEEDS<br>401 WEST A STREET, STE. 2600<br>SAN DIEGO, CA  92101-7910 | HILLIS, STEVE & PAULA<br>1600 CAMPBELL STREET<br>KANSAS CITY, MO  64108 |
| IBARRA, ISELA<br>1300 SYRAH AVE.<br>VISALIA, CA  93274 | MARLETT, D. NEAL<br>12932 SE KENT-KANGLEY RD. #242<br>KENT, WA  98030 | NOLAN, KEN<br>C/O SKIP NOLAN<br>P.O. BOX 1023<br>KLAMATH, OR  95548 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | MCMILLAN, RICHARD<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 | NOLAN, SKIP<br>P.O. BOX 1023<br>KLAMATH, OR  95548 |

| | | |
|---|---|---|
| INZUZA, GAVINO RIVERA<br>1300 SYRAH AVE.<br>TULARE, CA  93274 | MIRAMONTES, JOSE A.<br>768 N. GENE AVE.<br>FARMERSVILLE, CA  93223 | NV DEPARTMENT OF MOTOR VEHICLES<br>ATTN:  LEGAL DIVISION<br>855 WRIGHT WAY<br>CARSON CITY, NV  89711 |
| LANGSTON, BETH<br>200 NE MISSOURI RD.<br>SUITE 200<br>LEES SUMMIT, MO  64086 | MIRAMONTES, LEOBARDO<br>614 W. REESE AVE.<br>VISALIA, CA  93277 | OFFICE OF THE US TRUSTEE<br>300 BOOTH STREET<br>ROOM 3009<br>RENO, NV  89509 |
| LDP DIVERSIFIED LLC<br>C/O JOSEPH DE LA PASION<br>GENESIS REALTY SOLUTIONS LLC<br>427 SOUTH MEADOWBROOK LANE<br>OLATHE, KS  66062 | MOSKOWITZ, ERIK<br>240 WHISTLER RD, APT. 2F<br>HIGHLAND PARK, IL  60035-5962 | PAREDES, JOSE & IRENE<br>522 W. ADDIE AVE.<br>TULARE, CA  93274 |
| LEON, ANTONIO B.<br>570 LONGFELLOW WAY<br>COALINGA, CA  93210 | MYERS, LYNDA<br>4708 LAKEWOOD DRIVE<br>COLLEYVILLE, TX  76034 | PENUNURI, ISELA V.<br>194 N. CANBY AVE.<br>TULARE, CA  93274 |
| LOPEZ, ROBERT<br>11376 GOLDENROD<br>FOUNTAIN VALLEY, CA  92708 | NEV. EMPLOYMENT SECURITY<br>500 E. THIRD STREET<br>CARSON CITY, NV  89713 | PIMENTEL, MARIA D.<br>1679 HAWTHORN STREET<br>LEMOORE, CA  93245 |
| LYMAN, GREG<br>3430 SOUTH 100 EAST<br>SALT LAKE CITY, UT  84106 | NEVADA INDUSTRIAL MINERALS<br>C/O JOHN WHITE<br>335 W. 1ST STREET<br>RENO, NV  89503 | PIMENTEL, MILTON<br>1679 HAWTHORN STREET<br>LEMOORE, CA  93245 |
| MARINOVICH, STEVE<br>2495 E. 3706 N.<br>TWIN FALLS, ID  83301 | NEVADA LABOR COMMISSION<br>675 FAIRVIEW DRIVE<br>SUITE 226<br>CARSON CITY, NV  89710 | PIMENTEL, PASQUAL & LETICIA<br>720 MADRID COURT<br>LEMOORE, CA  93245 |
| RARDIN, BOB & MELINDA<br>10130 E. NADINE STREET<br>TEMPLE CITY, CA  91780 | VANCE, TERRY<br>100 ECNAV LANE<br>CRESCENT CITY, CA  95531 | KEVIN DONAHUE<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 |
| RISSE, TAMMI & RICHARD<br>13871 MERELLO STREET<br>GARDEN GROVE, 92843 | VILLA, JUAN F.<br>1128 W. WALNUT AVE.<br>VISALIA, CA  93277 | NEAL D. MARLETT<br>12932 SE KENT-KANGLEY RD.<br>#242<br>KENT, WA  98030 |
| SANCHEZ, GABRIEL & PAULINA<br>1331 N. LUELLA DRIVE<br>LOS ANGELES, CA  90063 | WALSH, BAKER ET AL.<br>9468 DOUBLE R BLVD., STE. A<br>RENO, NV  89521 | RICHARD MCMILLAN<br>1205 N. BROADWAY<br>SANTA ANA, CA  92701 |

SANCHEZ, WILLIAM & DARLENE
1605 FRANKLIN COURT
CRESCENT CITY, CA  95531-8362

WESTBROOK, BOBBY
12200 OCEANVIEW DRIVE
SMITH RIVER, CA  95567

SEFFENS, STEVE
41 GLENNHURST
IRVINE, CA  92604

WHITE PINE COUNTY RECORDER
801 CLARK STREET, SUITE 1
ELY, NV 89301

SUN, FERNANDO
1764 MONO COURT
TULARE, CA  93274

WORTHINGTON, MIKE & DEBI
3212 ORLANDO ROAD
LOS ALAMITOS, CA  90720

SUN, SILVIA
1764 MONO COURT
TULARE, CA  93274

~~BRUCE C. ANDERSON
237 KENSINGTON PARK
IRVINE, CA  92606~~

TAPIA, MARTHA Y.
1231 THOMPSON AVE.
GLENDALE, CA  91201

ESTATE OF HOWARD C. ANDERSON
C/O MARY ANDERSON
1745 S. PEBBLE BEACH DRIVE
CRESCENT CITY, CA  95531

VALDEZ, FRANCISCO
857 E. LYNDALE
TULARE, CA  93274

FLETCHER H. ANDERSON
27758 SANTA MARGARITA PKWY
BOX 307
MISSION VIEJO, CA  92691