STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 1463
HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, NV 89509
Telephone: (775) 786-7600
Facsimile: (775)786-7764
E-Mail: steve@renolaw.biz
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

KINSLEY RESOURCES, INC.,
a Nevada corporation

Debtor.

_____/

BK-12-51217

(Chapter 11)

**AFFIDAVIT OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER**

Hrg. Date: Not Required
Hrg. Time:

STEPHEN R. HARRIS, being duly sworn, deposes and says:

1. I am an attorney-at-law admitted to practice before this Court and am an attorney with the law firm of HARRIS & PETRONI, LTD., which law firm maintains offices at 417 West Plumb Lane, Reno, Nevada 89509.

2. Neither I, the firm of HARRIS & PETRONI, LTD., nor any member or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor herein, its creditors, or any other party in interest, or its respective attorneys and accountants, the United States Trustee, or any person in the office of the United States Trustee.

3. Neither I, the firm of HARRIS & PETRONI, LTD., nor any member or associate thereof, insofar as I have been able to ascertain, represent any interest adverse to that of the estate of the Debtor in the matters upon which said law firm is to be engaged.

1    4.    Based on the foregoing, I believe that STEPHEN R. HARRIS, ESQ. and the
2 members and associates of the law firm, HARRIS & PETRONI, LTD., are "disinterested
3 person(s)" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.
4    DATED this ____ day of May, 2013.

STEPHEN R. HARRIS, ESQ.
HARRIS & PETRONI, LTD.

By_____
Proposed Attorney for Debtor

SUBSCRIBED and SWORN to before me
this 25th day of May, 2013.

_____
NOTARY PUBLIC

ELLEN H. RILEY
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 92-2262-2 - Expires October 8, 2013

HARRIS & PETRONI
ATTORNEYS AT LAW
417 WEST PLUMB LN.
RENO, NV 89509
775 786 7600

2