*[Signature]* Bruce T Beesley
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 03, 2013

___

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 1463
HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, NV 89509
Telephone: (775) 786 7600
Facsimile: (775) 786 7764
E-Mail: steve@renolaw.biz
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br>KINSLEY RESOURCES, INC.,<br>a Nevada corporation,<br><br>         Debtor.<br>_____ / | BK-12-51217<br>**ORDER APPROVING EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS & PETRONI, LTD.]**<br><br>Hrg. Date: N/A |

Upon the EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS & PETRONI, LTD.] filed on May 29, 2013 [Docket No. 45], for an order authorizing KINSLEY RESOURCES, INC., a Nevada corporation, Debtor and Debtor-in-Possession herein ("Debtor"), to employ and

HARRIS & PETRONI
ATTORNEYS AT LAW
417 WEST PLUMB LN.
RENO, NV 89509
775 786 7600

1

1  retain STEPHEN R. HARRIS, ESQ. and the law firm of HARRIS & PETRONI, LTD., as its
2  attorneys under a general retainer, and upon the annexed affidavit of STEPHEN R. HARRIS,
3  ESQ., a member of the firm of HARRIS & PETRONI, LTD., sworn to on May 29, 2013
4  [Docket No. 46]; and the Court having considered all pleadings on file, and good cause
5  appearing;

6  **IT IS HEREBY ORDERED** that KINSLEY RESOURCES, INC., a Nevada
7  corporation, Debtor herein, pursuant to 11 U.S.C. § § 327 and 330, be and is hereby authorized
8  to employ and retain STEPHEN R. HARRIS, ESQ. and the law firm of HARRIS & PETRONI,
9  LTD. as its attorneys under a general retainer to perform all of the services set forth in the
10 annexed application, *nunc pro tunc,* to April 24, 2013, with such compensation as is approved
11 by the Court.

**Prepared by:**
STEPHEN R. HARRIS, ESQ.
HARRIS & PETRONI, LTD.

_____
Attorneys for Debtor

Approved this 30th day of May 2013.

WILLIAM B. COSSITT, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE

_____
Attorney for Acting United States Trustee
August B. Landis

###