NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
WILLIAM B. COSSITT, #3484
Office of the United States Trustee
300 Booth Street, Room 3009
Reno NV  89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
August B. Landis

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case no: BK-N-12-51217-BTB |
| KINSLEY RESOURCES, INC. | Chapter 11 |
| | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| | Hearing Date: N/A |
| Debtor, | Hearing Time: N/A |

TO THE HONORABLE BRUCE T. BEESLEY, BANKRUPTCY JUDGE:

Pursuant to Section 1102 of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors.

1.    ROBERT LOPEZ

    Represented by:    Robert Lopez
                                    11376 Goldenrod
                                    Fountain Valley CA  92708
                                    Phone: 714-609-0439
                                    Fax: 714-839-4953
                                    e-mail: robertlopez@reagan.com

2.  STEVE AND PAULA HILLIS

    Represented by:    Steve and paula Hillis
                                  1600 Campbell Street
                                  Kansas City MO  64108
                                  Phone: 816-421-2782
                                  Fax: 816-842-8039
                                  E-mail: steve@bctruckelectric.com

3.  BETHEL BAPTIST CHURCH

    Represented by:    Terry Cantrell
                                  901 South Euclid Street
                                  Santa Ana CA  92704
                                  Phone:  714-654-6986
                                  Fax: 714-839-4953
                                  E-mail: kewlteacher@hotmail.com

DATED this 13th day of June, 2013.

                                                                               Respectfully submitted,

                                                                               Nicholas Strozza
                                                                               State Bar # CA 117234
                                                                               William B. Cossitt
                                                                               State Bar #3484
                                                                               300 Booth Street, #3009
                                                                               Reno NV 89509
                                                                               (775) 784-5335

                                                                               /s/ WILLIAM B. COSSITT
                                                                               _____
                                                                               Attorneys for Acting United States Trustee
                                                                               August B. Landis

2

**CERTIFICATE OF SERVICE**

1. On June 13, 2013 I served the foregoing NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS.

2. I served the above-named document( by the following means to the persons as listed below:

☑ a. ECF System:
SETH D BALLSTAEDT    seth@ballstaedtlaw.com, ballstaedtecf@gmail.com
STEPHEN R HARRIS    noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com
AMY N. TIRRE    amy@amytirrelaw.com, admin@amytirrelaw.com
U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
JOHN WHITE    bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

☑ b. U.S. Mail, postage fully prepaid:

Robert Lopez
11376 Goldenrod
Fountain Valley CA  92708

Steve and paula Hillis
1600 Campbell Street
Kansas City MO  64108

Terry Cantrell
901 South Euclid Street
Santa Ana CA  92704

I declare under penalty of perjury that the foregoing is true and correct.

    DATED this 13th day of June, 2013.
                    /s/ Robbin Little
                    ROBBIN LITTLE

3