# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| re: [CASE NAME]   KINSLEY RESOURCES INC. | Case No. | 12-51217 |
|---|---|---|
| | **CHAPTER 11** **MONTHLY OPERATING REPORT** **(GENERAL BUSINESS CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  May-13          **PETITION DATE:**  04/24/13

Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a.  Current Assets | $106,382,158 | $106,382,158 | |
| b.  Total Assets | $106,382,158 | $106,382,158 | $106,383,158 |
| c.  Current Liabilities | $13,141,108 | $13,141,108 | |
| d.  Total Liabilities | $13,141,108 | $13,141,108 | $13,141,108 |

| Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a.  Total Receipts | $120 | $0 | $120 |
| b.  Total Disbursements | $126 | $0 | $126 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($6) | $0 | ($6) |
| d.  Cash Balance Beginning of Month | $43 | $43 | $43 |
| e.  Cash Balance End of Month (c + d) | $37 | $43 | $37 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Profit/(Loss) from the Statement of Operations** | $0 | $0 | $0 |
| **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| **Post-Petition Liabilities** | $35,774 | $0 | |
| **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

| t the end of this reporting month: | Yes | No |
|---|---|---|
| Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| If the answer is yes to 8 or 9, were all such payments approved by the court? | | x |
| Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| Is the estate insured for replacement cost of assets and for general liability? | | x |
| Are a plan and disclosure statement on file? | | x |
| Was there any post-petition borrowing during this reporting period? | | x |

Check if paid: Post-petition taxes ____;      U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition
tax reporting and tax returns: ____.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry I believe these documents are correct.

Date:  6/19/2013 0:00                              _Bruce C. Anderson_
                                        Responsible Individual    Bruce C. Anderson

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 05/31/13 _____

| | Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | | |
| | | $0 | 1 | Gross Sales | | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | | |
| $0 | $0 | $0 | 3 | Net Sales | | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | | | |
| $0 | $0 | $0 | 5 | Gross Profit | | $0 | $0 |
| | | $0 | 6 | Interest | | | |
| | | $0 | 7 | Other Income: _____ | | | |
| | | $0 | 8 | _____ | | | |
| | | $0 | 9 | _____ | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | | $0 | $0 |
| | | | | **Expenses:** | | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | | |
| | | $0 | 12 | Salaries | | | |
| | | $0 | 13 | Commissions | | | |
| | | $0 | 14 | Contract Labor | | | |
| | | | | Rent/Lease: | | | |
| | | $0 | 15 | Personal Property | | | |
| | | $0 | 16 | Real Property | | | |
| | | $0 | 17 | Insurance | | | |
| | | $0 | 18 | Management Fees | | | |
| | | $0 | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| | | $0 | 20 | Employer Payroll Taxes | | | |
| | | $0 | 21 | Real Property Taxes | | | |
| | | $0 | 22 | Other Taxes | | | |
| | | $0 | 23 | Other Selling | | | |
| | | $0 | 24 | Other Administrative | | | |
| | | $0 | 25 | Interest | | | |
| | | $0 | 26 | Other Expenses: _____ | | | |
| | | $0 | 27 | _____ | | | |
| | | $0 | 28 | _____ | | | |
| | | $0 | 29 | _____ | | | |
| | | $0 | 30 | _____ | | | |
| | | $0 | 31 | _____ | | | |
| | | $0 | 32 | _____ | | | |
| | | $0 | 33 | _____ | | | |
| | | $0 | 34 | _____ | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | | $0 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | | $0 | $0 |
| | | | | **Reorganization Items:** | | | |
| | | $0 | 37 | Professional Fees | | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | | |
| | | $0 | 42 | _____ | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | $0 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | | $0 | $0 |

ttach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ 05/31/13 _____

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $37 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $37 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property        From Schedule A | C | $11,914,541 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $11,914,541 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $60,919 |
| 23 | Loans to affiliates | | |
| 24 | Other: From Schedule B Personal Property | | |
| 25 |     Mining Claims | | $94,467,617 |
| 26 | Evaluation Report by Quantum GeoConsultants 2010 | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $94,528,536 |
| 29 | **Total Assets** | | $106,443,114 |

**NOTE:**   Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $35,774 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other:  BLM and County Claim Filing fees | | $170,384 |
| 42 | and staking costs due July and Aug | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $206,158 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $206,158 |

        **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $6,217,319 |
| 48 | Priority unsecured claims | F | $6,923,788 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $13,141,107 |
| 51 | **Total Liabilities** | | $13,347,265 |

**Equity (Deficit)**

| | | | |
|---|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | | $0 |
| 53 | Capital Stock | | $0 |
| 54 | Additional paid-in capital | | $0 |
| 55 | Cumulative profit/(loss) since filing of case | | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | | $0 |
| 57 | | | $0 |
| 58 | Market value adjustment | | $0 |
| 59 | **Total Equity (Deficit)** | | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | | $13,347,265 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $2,746 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $0 | $0 | $0 |
| 91+ Days | $0 | $0 | |
| Total accounts receivable/payable | $0 | $2,746 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| TOTAL | $0 | Cost of Goods Sold | $0 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
Yes _____    No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
FIFO cost ___
LIFO cost ___
Lower of cost or market ___
Retail method ___
Other ___
Explain

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| 4 Patented Mining Claims in White Pine Co. NV 103 acres | $464,000 | $632,541 |
| Part of $7 million purchase of 60 total claims. | | |
| Water Well and Permit 52895 | $60,000 | $3,682,000 |
| Water Rights Appropriation Permit 80589 | $10,000 | $3,300,000 |
| Water Rights Appropriation Permit 80590 | $10,000 | $3,300,000 |
| Water Rights Appropriation Permit 80591 | $10,000 | $1,000,000 |
| Total | $554,000 | $11,914,541 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| Federal | | | | | |
|     Income Tax Withholding | | | | | $0 |
|     FICA - Employee | | | | | $0 |
|     FICA - Employer | | | | | $0 |
|     Unemployment (FUTA) | | | | | $0 |
|     Income | | | | | $0 |
|     Other (Attach List) | | | | | $0 |
| Total Federal Taxes | $0 | $0 | $0 | $0 | $0 |
| State and Local | | | | | |
|     Income Tax Withholding | | | | | $0 |
|     Unemployment (UT) | | | | | $0 |
|     Disability Insurance (DI) | | | | | $0 |
|     Empl. Training Tax (ETT) | | | | | $0 |
|     Sales | | | | | $0 |
|     Excise | | | | | $0 |
|     Real property | | | | | $0 |
|     Personal property | | | | | $0 |
|     Income | | | | | $0 |
|     Other (Attach List) | | | | | $0 |
| Total State & Local Taxes | $0 | $0 | $0 | $0 | $0 |
| Total Taxes | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $6,217,319 | |
| Priority claims other than taxes | $6,923,788 | |
| Priority tax claims | $0 | |
| General unsecured claims | $0 | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | JP Morgan Chase | JP Morgan Chase | | |
| Account Type | DIP Checking | Bus Checking | | |
| Account No. | 3821 | 8761 | | |
| Account Purpose | DIP | General Bus | | |
| Balance, End of Month | $35 | $2 | | |
| Total Funds on Hand for all Accounts | $37 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

JPMorganChase

JPMorgan Chase Bank, N.A.
Utah Market
P O Box 659754
San Antonio, TX 78265-9754

May 09, 2013 through May 31, 2013

Account Number:        3821



## CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000074 DDA 602 141 15213 NNNNNNNNNNN T 1 000000000 61 0000

KINSLEY RESOURCES INC
DEBTOR IN POSSESSION
OPERATING ACCOUNT
237 KENSINGTON PARK
IRVINE CA 92606-1902

# CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Deposits and Additions | 1 | 120.00 |
| Electronic Withdrawals | 1 | - 84.33 |
| Ending Balance | 2 | $35.67 |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/10 | Deposit    1129762284 | $120.00 |
| Total Deposits and Additions | | $120.00 |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/20 | Orig CO Name:Dlx For Business    Orig ID:1411877307 Desc Date:130517 CO Entry Descr:Bus Prod  Sec:CCD    Trace#:042000016872494 Eed:130520  Ind ID:02027651494128    Ind Name:Kinsley Resources Inc. Trn: 1406872494Tc | $84.33 |
| Total Electronic Withdrawals | | $84.33 |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/10 | $120.00 |
| 05/20 | 35.67 |

Page 1 of 2

May 09, 2013 through May 31, 2013

Account Number          **3821**

## BALANCING YOUR CHECKBOOK

**Note:** Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

## RECORD ALL CHARGES OR CREDITS THAT AFFECT YOUR ACCOUNT

| DATE | CHECK NUMBER | DESCRIPTION | PAYMENT | C ✓ | DEPOSIT | BALANCE $ |
|------|--------------|-------------|---------|-----|---------|-----------|
| 5/10/2013 | | OPEN ACCT | | | | ~~8 00~~ |
| MEMO LINE: | | Deposit by Bruce A | EXPENSE CODE: | | | 120 00 / 120 00 |
| 5/20/13 | | Debit - check order | | | | 84 33 |
| MEMO LINE: | | | EXPENSE CODE: | | | 35 67 |
| 6/11 | | Deposit - from Bruce Anderson | | | | 550 00 |
| MEMO LINE: | | | EXPENSE CODE: | | | 585 67 |
| 6/12 | 1001 | Division of Water Resources | | | | 300 00 |
| MEMO LINE: | | renew 3 water permits fee | EXPENSE CODE: | | | 285 67 |
| 6/12 | 1002 | R.O. Anderson | | | | 100 00 |
| MEMO LINE: | | renew 3 water permits | EXPENSE CODE: | | | 185 67 |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |
| MEMO LINE: | | | EXPENSE CODE: | | | |

REMEMBER TO RECORD AUTOMATIC PAYMENTS / DEPOSITS ON DATE AUTHORIZED.

For enhanced security, your account number will not be printed on this copy.

**NOT NEGOTIABLE**



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

May 01, 2013 through May 31. 2013
Account Number:                    **8761**



00133634 DRE 703 142 15213 NNNNNNNNNNN T 1 000000000 61 0000
KINSLEY RESOURCES INC
237 KENSINGTON PARK
IRVINE CA 92606-1902

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$43.31** |
| ATM & Debit Card Withdrawals | 3 | - 29.93 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| **Ending Balance** | **4** | **$1.38** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03 | Recurring Card Purchase 05/03 Yahoo  *Kinsleyresour 408-916-2149 CA Card 3257 | $9.95 |
| 05/06 | Recurring Card Purchase 05/03 Yousendit Inc 408-8799118 CA Card 3257 | 9.99 |
| 05/28 | Recurring Card Purchase 05/25 Aol* Service 0513 800-827-6364 NY Card 3257 | 9.99 |
| **Total ATM & Debit Card Withdrawals** | | **$29.93** |

## ATM & DEBIT CARD SUMMARY

Bruce C Anderson  Card 3257

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29.93 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $29.93 |
| Total Card Deposits & Credits | $0.00 |



May 01, 2013 through May 31, 2013
Account Number:          . .8761

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/31 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/03 | $33.36 |
| 05/06 | 23.37 |
| 05/28 | 13.38 |
| 05/31 | 1.38 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$12.00** |



May 01, 2013 through May 31, 2013
Account Number:         8761

## BALANCING YOUR CHECKBOOK



**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**      Step 1 Balance: $_____

2. **List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                    Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**                   Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                  Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



May 01, 2013 through May 31, 2013
Account Number:                    8761

This Page Intentionally Left Blank

| NUMBER CR CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT FEE WITHDRAWAL (-) | ✓ | FEE | DEPOSIT, CREDIT (+) | $ 23 . 37 |
|---|---|---|---|---|---|---|---|
| | 5/28 | Debit - AOL SERVICE ACH | $ | | | $ | 9 99 |
| | | | | | | | 13 38 |
| | 5/31 | Debit - Mo. Service fee | | | | | 12 00 |
| | | | | | | | 1 38 |
| | 6/4 | Debit - YouSendIt acct ACH | | | | | 9 99 |
| | | | | | | | - 8 61 |
| | 6/4 | Debit - Yahoo acct ACH | | | | | 9 95 |
| | | | | | | | - 18 56 |
| | 6/4 | Debit - Insufficient funds fee | | | | | 34 00 |
| | | | | | | | - 52 56 |
| | 6/4 | Debit - Insufficient funds fee | | | | | 34 00 |
| | | | | | | | - 86 56 |
| | 6/5 | Credit - Deposit - Bruce A | | | | | 30 00 |
| | | | | | | | - 56 56 |
| | 6/5 | Credit - reverse insufficient funds fee | | | | | 34 00 |
| | | | | | | | - 22 56 |
| | 6/5 | Credit - reverse insufficient funds fee | | | | | 34 00 |
| | | | | | | | 11 44 |
| | 6/6 | Credit - reverse monthly service fee | | | | | 12 00 |
| | | | | | | | 23 44 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    05/31/13

| | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|
| **Cash Receipts** | | |
| Rent/Leases Collected | $0 | $0 |
| Cash Received from Sales | $0 | $0 |
| Interest Received | $0 | $0 |
| Borrowings | $0 | $0 |
| Funds from Shareholders, Partners, or Other Insiders | $120 | $120 |
| Capital Contributions | $0 | $0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Receipts** | $120 | $120 |
| | | |
| **Cash Disbursements** | | |
| Payments for Inventory | $0 | $0 |
| Selling | $0 | $0 |
| Administrative | $0 | $0 |
| Capital Expenditures | $0 | $0 |
| Principal Payments on Debt | $0 | $0 |
| Interest Paid | $0 | $0 |
| Rent/Lease: | | |
|     Personal Property | $0 | $0 |
|     Real Property | $0 | $0 |
| Amount Paid to Owner(s)/Officer(s) | | |
|     Salaries | $0 | $0 |
|     Draws | $0 | $0 |
|     Commissions/Royalties | $0 | $0 |
|     Expense Reimbursements | $0 | $0 |
|     Other | $0 | $0 |
| Salaries/Commissions (less employee withholding) | $0 | $0 |
| Management Fees | $0 | $0 |
| Taxes: | | |
|     Employee Withholding | $0 | $0 |
|     Employer Payroll Taxes | $0 | $0 |
|     Real Property Taxes | $0 | $0 |
|     Other Taxes | $0 | $0 |
| Other Cash Outflows: | $0 | |
| | | |
| | | |
| | | |
| | | |
| **Total Cash Disbursements:** | $0 | $0 |
| **Net Increase (Decrease) in Cash** | $120 | $120 |
| **Cash Balance, Beginning of Period** | | |
| **Cash Balance, End of Period** | $120 | $120 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended ___05/31/13___

| | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Cash Received from Sales | | |
| Rent/Leases Collected | | |
| Interest Received | | |
| Cash Paid to Suppliers | | |
| Cash Paid for Selling Expenses | | |
| Cash Paid for Administrative Expenses | | |
| Cash Paid for Rents/Leases: | | |
|     Personal Property | | |
|     Real Property | | |
| Cash Paid for Interest | | |
| Cash Paid for Net Payroll and Benefits | | |
| Cash Paid to Owner(s)/Officer(s) | | |
|     Salaries | | |
|     Draws | | |
|     Commissions/Royalties | | |
|     Expense Reimbursements | | |
|     Other | | |
| Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
|     Employer Payroll Tax | | |
|     Employee Withholdings | | |
|     Real Property Taxes | | |
|     Other Taxes | | |
| Cash Paid for General Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| **Cash Flows From Reorganization Items** | | |
| Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| U.S. Trustee Quarterly Fees | | |
| **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| **Cash Flows From Investing Activities** | | |
| Capital Expenditures | | |
| Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| **Cash Flows From Financing Activities** | | |
| Net Borrowings (Except Insiders) | | |
| Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| Capital Contributions | | |
| Principal Payments | | |
| **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| **Cash and Cash Equivalents at Beginning of Month** | | |
| **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 1/1/98