STEPHEN R. HARRIS, ESQ.
**Nevada Bar No. 001463**
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

KINSLEY RESOURCES, INC., a Nevada corporation,

Debtor.

_____/

BK-12-51217-btb
(Chapter 11)

**APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC)**

Hrg. DATE:    October 3, 2013
and TIME:     9:00 a.m.
Est. Time:    5 Minutes
Set By:       Calendar Clerk

**FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| APPLICANT: STEPHEN R. HARRIS, ESQ., OF HARRIS LAW PRACTICE LLC, FORMERLY PRACTICING AS HARRIS & PETRONI, LTD., AS DEBTOR'S COUNSEL | | |
|---|---|---|
| TERMS OF EMPLOYMENT: STEPHEN R. HARRIS, ESQ., OWNER, ADMITTED 9/18/74, $400.00 PER HOUR; CHRIS D. NICHOLS, ESQ., ASSOCIATE, ADMITTED 10/15/84, $375.00 PER HOUR; PARALEGAL, $225.00 PER HOUR | | |
| FIRST INTERIM FEE APPLICATION: | $22,857.50 | LEGAL FEES |
| | $127.20 | EXPENSES |
| TOTAL LEGAL FEES AND EXPENSES: | $22,984.70 | |
| LESS POST-PETITION PAYMENTS | $0.00 | |
| NET LEGAL FEES AND EXPENSES: | $22,984.70 | |
| PERIOD COVERED: APRIL 30, 2013, THROUGH AUGUST 31, 2013 | | |
| FEES & EXPENSES PREVIOUSLY REQUESTED: | NONE | |
| FEES & EXPENSES PREVIOUSLY AWARDED: | NONE | |
| CASE STATUS: CHAPTER 7 INVOLUNTARY PETITION FILED ON MAY 25, 2012, AND AN ORDER FOR RELIEF UNDER CHAPTER 11 WAS ENTERED ON APRIL 24, 2013. ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS FOR DEBTOR UNDER A GENERAL RETAINER ENTERED JUNE 3, 2013. | | |

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
6151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

PROSPECT FOR PAYMENT OF FEE/COST AWARD: Debtor has some unencumbered funds available to pay fee/cost awards from funds on deposit in attorneys' trust account, and the remaining fees will be paid from business revenues, or contributions from insiders or investors.

### TASKS - HOURS - FEES - EXPENSES SUMMARY FOR APPLICATION:

| TASK NO. | WORK CATEGORY | HOURS | FEES |
|---|---|---|---|
| 1 | Asset Analysis and Recovery: | 0.00 | $0.00 |
| 2 | Asset Disposition: | 0.00 | $0.00 |
| 3 | Business Operations: | 0.00 | $0.00 |
| 4 | Case Administration: | 28.85 | $9,116.25 |
| 5 | Claims Administration and Objections: | .80 | $276.25 |
| 6 | Employee Benefits/Pensions: | 0.00 | $0.00 |
| 7 | Fee/Employment Applications: | 4.70 | $1,661.25 |
| 8 | Fee/Employment Objections: | 0.00 | $0.00 |
| 9 | Financing: | 0.00 | $0.00 |
| 10 | Litigation: | 0.00 | $0.00 |
| 11 | Meetings of Creditors: | 1.70 | $680.00 |
| 12 | Plan and Disclosure Statement: | 21.95 | $7,336.25 |
| 13 | Relief from Stay Proceedings: | 11.35 | $3,787.50 |
|  | TOTALS | 69.35 | $22,857.50 |
|  | BLENDED HOURLY RATE |  | $400.00 |
|  | ITEMIZED EXPENSES | | |
|  | FILING FEES |  | $0.00 |
|  | COPIES |  | $35.00 |
|  | POSTAGE |  | $92.20 |
|  | FAX |  | $0.00 |
|  | RENO/CARSON MESSENGER SERVICE |  | $0.00 |
|  | TRANSCRIPT COSTS |  | $0.00 |
|  | EXPENSES TOTAL |  | $127.20 |
| TOTAL FEES AND EXPENSES THIS APPLICATION: | | | $22,984.70 |
|  | MINUS POST-PETITION PAYMENTS |  | -$0.00 |
|  | NET FEE REQUEST AND COST REIMBURSEMENT |  | $22,984.70 |

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
6151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

2

**APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR FIRST
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
(HARRIS LAW PRACTICE LLC)**

The APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE), filed by STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, formerly practicing as HARRIS & PETRONI, LTD. (hereinafter "Applicant" or "Debtor's Counsel"), attorney for KINSLEY RESOURCES, INC., a Nevada corporation ("Debtor"), alleges the following:

1.     Your Applicant is general bankruptcy counsel for the Debtor, and makes this application for a first interim allowance of compensation for legal professional services rendered and costs advanced.  This Application is made pursuant to Section 331 of the Bankruptcy Code, which statutory section allows professional persons employed under Section 327 to apply with the Court, not more than once every One Hundred and Twenty (120) days after an Order for Relief, for such compensation for services rendered before the date of such an application and reimbursement for expenses incurred before such date as is provided under Section 330.

2.     Debtor's reorganization case was commenced with the filing of an involuntary Chapter 7 petition on May 25, 2012.  This Court subsequently entered its Order for Chapter 11 relief on April 24, 2013.  Pursuant to an ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS & PETRONI, LTD.] ("Order"), entered on June 3, 2013 (Docket No. 47), the law firm of HARRIS LAW PRACTICE LLC, formerly practicing as HARRIS & PETRONI, LTD. are the duly-appointed attorneys for the Debtor, and as such, have acted as its general bankruptcy counsel.   Therefore, Debtor's Counsel makes this application for an allowance of first interim compensation for legal professional services rendered and costs advanced.

3.     All legal services for which compensation is requested by Debtor's counsel were performed for and on behalf of the Debtor, and not on behalf of any individual creditor or other person.

4.     As of August 31, 2013, no monies have been paid to Debtor's Counsel for fees and costs, other than a retainer of $8,855.60, of which $8,855.60 remains on deposit in the HARRIS & PETRONI, LTD. client trust account.  Debtor's Counsel has entered into no agreement(s) with any

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
5151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

3

1  other person for the sharing of compensation received or to be received for legal services rendered

2  in connection with these cases.

3       5.    The reasonable value of the legal services rendered by Debtor's counsel, from April

4  30, 2013, through August 31, 2013, as attorneys for the Debtor in this Chapter 11 case, is $22,984.70;

5  of which $22,857.50 is for legal fees, comprised of the sum of $16,580.00, based on 41.45 hours

6  spent in rendering professional legal services, billed at the rate of $400.00 per hour, for Stephen R.

7  Harris, Esq.; comprised of the sum of $6,277.50, based on 27.90 hours spent in rendering paralegal

8  services, billed at the rate of $225.00 per hour, in addition to the sum of $127.20 representing

9  reimbursement for necessary costs and out-of-pocket expenses for Debtor's Attorney; for a net unpaid

10  first interim fee and cost request of **$22,984.70.** Funds held on deposit for the Debtor in the HARRIS

11  & PETRONI, LTD. Trust Account in the amount of $8,855.60, shall be applied to any Court ordered

12  fees and costs.  An itemization by month of these legal services rendered and costs incurred is

13  attached hereto as **Exhibit "A"** and is incorporated herein by that reference.

14       6.    The legal services rendered by the Debtor's counsel on behalf of the Debtor's bankrupt

15  estate was necessary to the administration of the Debtor's bankrupt estate .

16       7.    With respect to the allocation of time expended by Debtor's counsel concerning legal

17  services performed on behalf of the Debtor in administering the Debtor's bankrupt estate, coupled

18  with the benefits rendered to the bankrupt estate, the following is relevant:

| Task | Work | % of Total | Benefit to Estate |
|------|------|-----------|-------------------|
| 1 | Asset analysis and recovery - 0.00 hrs | 0% | N/A |
| 2 | Asset disposition - 0.00 hrs | 0% | N/A |
| 3 | Business operations - 0.00 hrs | 0% | N/A |
| 4 | Case administration - 28.85 hrs | 41.60% | Time spent in preparing and filing Schedules and Statements, monthly operating reports, attending IDI meeting and general case administration. |

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
6151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

4

| Task | Work | % of Total | Benefit to Estate |
|------|------|-----------|-------------------|
| 5 | Claims administration and objections - .80 hrs | 1.15% | Minimal time spent in reviewing and analyzing claims filed by Terry Vance and Craig Bradford, and discussing objections to same. |
| 6 | Employee benefits/pensions - 0.00 hrs | 0% | N/A |
| 7 | Fee/employment applications - 4.70 hrs | 6.78% | Statutory compliance. Time spent in preparing and filing application, affidavit and order to employ HARRIS & PETRONI, LTD., as attorneys for Debtor, and to commence work on first interim fee application for Debtors' counsel. |
| 8 | Fee/employment objections - 0.00 hrs | 0% | N/A |
| 9 | Financing - 0.00 hrs | 0% | N/A |
| 10 | Litigation - 0.00 hrs | 0% | N/A |
| 11 | Meetings of Creditors - 1.70 hrs | 2.45% | Time spent in §341 meeting and related meetings and related matters. |
| 12 | Plan and Disclosure Statement - 21.95 hrs | 31.65% | Time spent in drafting and filing a Plan and Disclosure Statement. |
| 13 | Relief from Stay Proceedings - 11.35 hrs | 16.37% | Time spent with respect to motion to lift stay filed by Fourth & One, and stipulating to lift stay relief with Fourth & One, Terry Vance and Craig Bradford. |

With the allocation of legal services described above and the benefit said legal services bestowed upon Debtor's bankrupt estate, as described for each category, Debtor's counsel believes its first interim fee application is reasonable and that the legal services incurred and costs expended benefitted the Debtor's bankrupt estate.

8.    Debtor's Counsel has not been awarded legal fees and expenses previously in this case.

**WHEREFORE**, Debtor's Counsel, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, formerly practicing as HARRIS & PETRONI, LTD., requests a first interim

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
6151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

5

allowance of attorney's fees and costs be made to HARRIS LAW PRACTICE LLC, in the total sum of $22,984.70; of which $22,857.50 is for legal fees, comprised of the sum of $16,580.00, based on 41.45 hours spent in rendering professional legal services, billed at the rate of $400.00 per hour, for Stephen R. Harris, Esq.; comprised of the sum of $6,277.50, based on 27.90 hours spent in rendering paralegal services, billed at the rate of $225.00 per hour, in addition to the sum of $127.20 representing reimbursement for necessary costs and out-of-pocket expenses for Debtor's Attorney; for a net unpaid first interim fee and cost request of **$22,984.70.**    Debtor's Counsel also seeks approval/ratification of all monies received to date from Debtor's bankrupt estate and to pay this first interim fee award from available estate assets, including funds held on deposit for the Debtor in the HARRIS & PETRONI, LTD. general client trust account in the amount of $8,855.60, and ongoing business revenues deposited and maintained in the Debtor-in-Possession bank account or funds contributed by insiders or investors, and for such other and further relief as the Court deems just and proper under the circumstances.

RESPECTFULLY SUBMITTED this 6th day of September, 2013.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511

*/s/ Stephen R. Harris*
_____
Attorneys for Debtor

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
6151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

6

STATE OF NEVADA            )
                           : ss.
COUNTY OF WASHOE           )

I, STEPHEN R. HARRIS, ESQ., the Debtor's Counsel named in the foregoing APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC) hereby swear that the statements therein contained are true according to the best of my knowledge, information, and belief.

HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*

_____
STEPHEN R. HARRIS, ESQ.
Managing Member

HARRIS LAW
PRACTICE LLC
ATTORNEYS AT LAW
5151 Lakeside Dr., Ste. 2100
RENO, NEVADA 89511
(775) 786-7600

7

# EXHIBIT "A"

**HARRIS-PETRONI, LTD.**
**417 WEST PLUMB LANE**
**RENO, NV 89509**

775 786-7600    FAX 775 786-7764

# STATEMENT

May 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Andersen, President
237 Kensington Park
Irvine, CA 92606

INVOICE NO.:    39028

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

| | | |
|---|---|---|
| PREVIOUS BALANCE: | $0.00 |
| CURRENT CHARGES: | $80.00 |
| BALANCE DUE: | $80.00 |
| AMOUNT ENCLOSED: | $ _____ |

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 4/30/2013 | SRH | Telephone conference with Amy Tirre regarding Chapter 11 case assumption from her (.2). | *12* | 0.20 | 80.00 |
| | For professional services rendered | | | 0.20 | $80.00 |
| | Balance due | | | | $80.00 |

Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen R. Harris, Esq. | 0.20 | 400.00 | $80.00 |

Please charge my Visa , Mastercard & AMEX
Name as it appears on Credit Card_____

Credit Card Billing Address_____

CVV # on back of card_____

Amount _____    Card Number _____

Expiration Date _____    Signature _____

Email address: for confirmation to be mailed to_____

Kinsley Resources, Inc.                                                    Page    2

Phone number_____

**HARRIS-PETRONI, LTD.**
**417 WEST PLUMB LANE**
**RENO, NV 89509**

775 786-7600    FAX 775 786-7764

# STATEMENT

June 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Andersen, President
237 Kensington Park
Irvine, CA 92606

INVOICE NO.:    39161

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

| | |
|---|---|
| PREVIOUS BALANCE: | $80.00 |
| CURRENT CHARGES: | $11,422.91 |
| BALANCE DUE: | $11,502.91 |
| AMOUNT ENCLOSED: | $ _____ |

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2013 | SRH | Conference call with Bruce Andersen/Neil Marlette/Amy Tirre regarding conversion to Chapter 11 and continuing on Chapter 11 Reorganization proceeding (.5); Conference with Amy Tirre, and conference call with Bruce Andersen/Neil Marlette/with Amy Tirre present and participating regarding confirmation request and issues with respect to same (1.25). | 1.75 | 700.00 |
| | SRH | Received/reviewed email from Amy Tirre with creditor mailing list enclosed (.1). | 0.10 | 40.00 |
| 5/2/2013 | NG | Telephone conference with Bruce Anderson regarding our engagement as attorneys for the Debtor and need to file creditors' matrix with Court (.25). | 0.25 | 56.25 |
| 5/3/2013 | SRH | Drafted/filed amendment cover sheet on matrix (.5). | 0.50 | 200.00 |
| | SRH | Received/reviewed email from Bruce Andersen regarding letter to shareholders and redrafted same (.4). | 0.40 | 160.00 |
| | SRH | Redrafted email memo to Bruce Andersen regarding letter to shareholders (.05). | 0.05 | 20.00 |
| | NG | Input creditors' list to create matrix for Debtor (2.5), various telephone calls with Bruce Anderson regarding list of creditors and investors (1.0), and review proposed letter from Bruce Anderson to investors regarding Chapter 11 status of Debtor (.1). | 3.60 | 810.00 |

Kinsley Resources, Inc.                                                                      Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/6/2013 | SRH | Telephone conference with Bruce Andersen regarding Substitution of Attorneys and continuing Chapter 11 Reorganization Proceeding (.2); Drafted/executed Substitution of Attorneys (.25). | 0.45 | 180.00 |
|  | NG | Prepared Substitution of Attorneys with respect to Debtor's Chapter 11 representation, and emailed to Bruce Anderson for review and signature, and emailed to Amy Tirre for signature (.75). | 0.75 | 168.75 |
| 5/7/2013 | SRH | Drafted email memo to client regarding Chapter 11 filing (.2); | 0.20 | 80.00 |
|  | SRH | Received/reviewed email from James Buchal regarding Terry Vance Secured Creditor Claim with Deed of Trust attached (.1). | 0.10 | 40.00 |
|  | NG | Telephone conference with Bruce Anderson/ Neal Marlett regarding information for Schedules and Statement of Financial Affairs for Debtor (.25). | 0.25 | 56.25 |
| 5/8/2013 | SRH | Drafted Schedule of Assets and Liabilities and Statement of Financial Affairs and reviewed financial documents to include in same (2.5). | 2.50 | 1,000.00 |
| 5/9/2013 | NG | Reviewed information provided by Debtor representative and worked on Schedules and Statement of Financial Affairs (4.5). | 4.50 | 1,012.50 |
| 5/10/2013 | SRH | Redrafted Schedule of Assets and Liabilities and Statement of Financial Affairs and emailed same to client representative for review and comment (3.25); Received/reviewed IDI letter and forwarded same to client (.1). | 3.35 | 1,340.00 |
|  | NG | Additional work on Schedules and Statement of Financial Affairs, list of 20 highest unsecured creditors and list of equity holders, and emailed to Bruce Anderson for review (3.0). | 3.00 | 675.00 |
| 5/13/2013 | SRH | Telephone conference with Bruce Andersen regarding changing IDI Meeting hearing date and time or allowing appearance by telephone (.1). | 0.10 | 40.00 |
|  | NG | Finalized Schedules and Statement of Financial Affairs and file with Court (.25). | 0.25 | 56.25 |
| 5/14/2013 | SRH | Redrafted/filed Schedule of Assets of Liabilities and Statement of Financial Affairs (1.75); Drafted/filed List of Equity Security Holders and 20 Highest Unsecured Creditors (1.25). | 3.00 | 1,200.00 |
| 5/15/2013 | SRH | Conference call with Bruce Andersen/Fletcher Andersen/Neil Marlett regarding potential plan proposal and need to borrow funds to pay patent maintenance costs (.5). | 0.50 | 200.00 |
|  | SRH | Received/reviewed email from Bruce Andersen with cover letter attached addressed to creditors (.05). | 0.05 | 20.00 |
| 5/16/2013 | SRH | Conference call with Bruce Andersen/Neil Marlett and others regarding proposed Plan and time necessary to raise funds (.5); Drafted/filed Amended List of Security Equity Holders (.25). | 0.75 | 300.00 |

Kinsley Resources, Inc.                                                                                     Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/2013 | SRH | Redrafted email to Bruce Andersen regarding IDI Meeting (.05). | 0.05 | 20.00 |
| 5/28/2013 | SRH | Telephone conference with Bruce Andersen regarding retention by Harris & Petroni, Ltd. to represent Debtor (.2). | 0.20 | 80.00 |
|  | SRH | Received/reviewed email from Burce Andersen regarding protest letter from BLM (.05). | 0.05 | 20.00 |
|  | SRH | Redrafted email letter to Kristine Kinney at the U.S. Trustee's office with IDI documents enclosed, and organized IDI documents (1.5). | 1.50 | 600.00 |
| 5/29/2013 | SRH | Preparation for IDI Meeting at U.S. Trustee's office (1.5); Drafted/filed Application to Employ Harris & Petroni, Ltd. as Debtor's counsel and drafted/filed Affidavit of Stephen R. Harris in support of same (.75). | 2.25 | 900.00 |
|  | NG | Review documents provided by client representative for IDI Meeting and email to Kristine Kinne (1.0) | 1.00 | 225.00 |
|  | NG | Finalize application, affidavit and order to employ Harris & Petroni as attorneys for the Debtor and email to B. Anderson for review and signature (1.0) | 1.00 | 225.00 |
| 5/30/2013 | SRH | Appearance at IDI Meeting and conference call with Bruce Andersen with Kristine Kinney present and participating at IDI Meeting (1.25); Telephone conferences with Bruce Andersen and Paul Leads (attorney for 4th and 1) regarding proposed Plan and request for confirmation with respect to secured and unsecured creditors (.5); Drafted/lodged Order Employing Debtor's attorney (.4). | 2.15 | 860.00 |
|  | NG | Finalize application, affidavit and order to employ Harris & Petroni as attorneys for the Debtor and file with Court (.25) | 0.25 | 56.25 |

| | | | | |
|---|---|---|---|---|
| | For professional services rendered | | 34.85 | $11,341.25 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 5/31/2013 | Photocopies for May 2013. | 100 | 35.00 |
|  | Postage for May 2013. | 1 | 46.66 |
|  | Total costs |  | $81.66 |
|  | Total amount of this bill |  | $11,422.91 |
|  | Previous balance |  | $80.00 |
|  | Balance due |  | $11,502.91 |

Kinsley Resources, Inc.                                                    Page   4

### Staffmember Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Norma Guariglia, Paralegal | 14.85 | 225.00 | $3,341.25 |
| Stephen R. Harris, Esq. | 20.00 | 400.00 | $8,000.00 |

Please charge my Visa , Mastercard & AMEX
Name as it appears on Credit Card_____

Credit Card Billing Address_____

CVV # on back of card_____

Amount _____     Card Number _____

Expiration Date _____     Signature _____

Email address: for confirmation to be mailed to_____

Phone number_____

| | Amount |
|------|--------|
| Previous balance of Client funds | $0.00 |
| 5/2/2013  Payment to account. | $8,855.60 |
| New balance of Client funds | $8,855.60 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**

775 786-7600    FAX 775 786-7764

# STATEMENT

July 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Andersen, President
237 Kensington Park
Irvine, CA 92606
INVOICE NO.:    10124

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

BALANCE DUE:        $2,101.79

$ _____

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/3/2013 | SRH | Conference with Bruce Andersen regarding prospective issues with respect to financing element on confirmation request for Plan of Reorganization to be presented to the Bankruptcy Court (1.25). *12* | 1.25 | 500.00 |
| | SRH | Appearance at §341 First Meeting of Creditors conducted by Bill Cossit from U.S. Trustee's Office and accompanied by Bruce Andersen (1.5). *11* | 1.50 | 600.00 |
| | SRH | Telephone conferences with Paul Leads (2) as attorney for 4th & One regarding threatened lift stay action and request for time to obtain a confirmed Plan of Reorganization (.3). *13* | 0.30 | 120.00 |
| | SRH | Telephone conference with Craig Bradford regarding §341 First Meeting of Creditors (.2). *11* | 0.20 | 80.00 |
| 6/4/2013 | SRH | Telephone conference with Paul Leads as the attorney for 4th & One regarding time for Debtor to propose credible Plan of Reorganization (.2). *12* | 0.20 | 80.00 |
| 6/5/2013 | SRH | Telephone conference with Rob Andersen regarding water rights work that needs to be performed and no monies to pay for same (.2). *5* | 0.20 | 80.00 |
| 6/13/2013 | SRH | Received/reviewed email from Bruce Andersen regarding creditor's committee and Craig Bradford/Terry Vance on same (.05). *4* | 0.05 | 20.00 |

Kinsley Resources, Inc.                                                                                          Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/15/2013 SRH | Received/reviewed email from Bruce Andersen regarding investor call (.05 N/C); Conference call with Bruce Andersen/Neil Marlette regarding proposed Plan of Reorganization and timing for infusion of capital (.3). | /2 | 0.30 | 120.00 |
| 6/17/2013 SRH | Conference call with Dan Leonard/Neil Marlette/Bruce Andersen regarding potential stock purchase by Dan Leonard of partial Bruce Andersen's stock interest in the Debtor (.5). | /2 | 0.50 | 200.00 |
| 6/18/2013 SRH | Telephone conference with Bruce Andersen regarding status of Dan Leonard's stock purchase and issues with respect to same (.2). | /2 | 0.20 | 80.00 |
| 6/25/2013 SRH | Redrafted email memo to U.S. Trustee's office regarding makeup of committee of unsecured creditors (.1). | 4 | 0.10 | 40.00 |
| NG | Received/ reviewed email from Bruce Anderson re: status of a secured creditor on the Unsecured Creditors' Committee and emailed Bill Cossitt and Nick Strozza re: same (.25) | 4 | 0.25 | 56.25 |
| 6/26/2013 SRH | Drafted/filed May 2013 Monthly Operating Report (.2). | 4 | 0.20 | 80.00 |

Additional charges:

|  |  | Qty |  |
|---|---|---|---|
| 6/30/2013 | Postage for June 2013. | 99 | 45.54 |

| Total amount of this bill | $2,101.79 |
|---|---|
| Balance due | $2,101.79 |

### Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Norma Guariglia, Paralegal | 0.25 | 225.00 | $56.25 |
| Stephen R. Harris, Esq. | 5.00 | 400.00 | $2,000.00 |

**HARRIS-PETRONI, LTD.**
**6151 Lakeside Drive, Suite 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

July 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Andersen, President
237 Kensington Park
Irvine, CA 92606
INVOICE NO.:    173054

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

| | |
|---|---|
| PREVIOUS BALANCE: | $11,502.91 |
| CURRENT CHARGES: | $0.00 |
| BALANCE DUE: | $11,502.91 |
| AMOUNT ENCLOSED: | $ _____ |

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

| | Amount |
|---|---|
| Previous balance | $11,502.91 |
| Balance due | $11,502.91 |

Please charge my Visa , Mastercard & AMEX
Name as it appears on Credit Card_____

Credit Card Billing Address_____

CVV # on back of card_____

Amount _____ Card Number _____

Expiration Date _____ Signature _____

Email address: for confirmation to be mailed to_____

Phone number_____

Kinsley Resources, Inc.

Page    2

| | Amount |
|---|---|
| Previous balance of Client funds | $8,855.60 |
| New balance of Client funds | $8,855.60 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600   FAX 775 786-7764

# STATEMENT

August 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Anderson, President
237 Kensington Park
Irvine, CA 92606
INVOICE NO.:   10218

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

BALANCE DUE:        $2,558.04

$ _____

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.   THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/11/2013 | SRH | Received/reviewed email from Bruce Anderson regarding issues (.05 N/C). | 0.05 | NO CHARGE |
| 7/12/2013 | SRH | Received/reviewed email from Bruce Anderson regarding issues on Terry Vance and Craig Bradford (.1). | 0.10 | 40.00 |
| | SRH | Drafted email memo to Bruce Anderson regarding claims (.05 N/C). | 0.05 | NO CHARGE |
| 7/18/2013 | SRH | Received/reviewed emails from Bruce Anderson (4) regarding issues (.05 N/C). | 0.05 | NO CHARGE |
| 7/19/2013 | NG | Received/reviewed/replied to email from Bruce Anderson regarding certain Proof of Claims disputes and procedure for resolving same (.25). | 0.25 | 56.25 |
| 7/23/2013 | SRH | Telephone conference with Bruce Anderson regarding potential joint ventures and loan funding to pay lien positions (.2). | 0.20 | 80.00 |
| 7/25/2013 | SRH | Drafted/filed June 2013 Monthly Operating Report (.2). | 0.20 | 80.00 |
| | SRH | Received/reviewed email from unsecured creditor Bobby Westbrook, Attorney, regarding status of case (.05 N/C). | 0.05 | NO CHARGE |
| 7/26/2013 | SRH | Received/reviewed email from Bruce Anderson regarding Craig Bradford claim issues (.05). | 0.05 | 20.00 |
| 7/29/2013 | SRH | Telephone conference with Bruce Anderson regarding proposed plan and needed details for same (.2). | 0.20 | 80.00 |

Kinsley Resources, Inc.                                                                                       Page   2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/30/2013 SRH | Telephone conference with Bruce Anderson regarding Plan Confirmation issues and needed financial information for June 2013 Monthly Operating Report (.2). | *12* | 0.20 | 80.00 |
| 7/31/2013 SRH | Received/reviewed email from James Buchal regarding lift stay proposal (.05). | *13* | 0.05 | 20.00 |

Previous balance                                                                                        $2,101.79

Balance due                                                                                                $2,558.04

### Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Norma Guariglia, Paralegal | 0.25 | 225.00 | $56.25 |
| Stephen R. Harris, Esq. | 1.00 | 400.00 | $400.00 |

**HARRIS-PETRONI, LTD.**
**6151 Lakeside Drive, Suite 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

August 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Anderson, President
237 Kensington Park
Irvine, CA 92606
INVOICE NO.:    175188

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

| | |
|---|---|
| PREVIOUS BALANCE: | $11,502.91 |
| CURRENT CHARGES: | $0.00 |
| BALANCE DUE: | $11,502.91 |
| AMOUNT ENCLOSED: | $ _____ |

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.    THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

| | Amount |
|---|---|
| Previous balance | $11,502.91 |
| Balance due | $11,502.91 |

Please charge my Visa , Mastercard & AMEX
Name as it appears on Credit Card_____

Credit Card Billing Address_____

CVV # on back of card_____

Amount _____ Card Number _____

Expiration Date _____ Signature _____

Email address: for confirmation to be mailed to_____

Phone number_____

Kinsley Resources, Inc.                                                                 Page   2

                                                                                              Amount

| | Amount |
|---|---|
| Previous balance of Client funds | $8,855.60 |
| New balance of Client funds | $8,855.60 |

**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE, SUITE 2100**
**RENO, NV 89511**
775 786-7600    FAX 775 786-7764

# STATEMENT

September 01, 2013

Kinsley Resources, Inc.
Attn: Bruce C. Anderson, President
237 Kensington Park
Irvine, CA 92606
INVOICE NO.:   10286

Personal & Confidential

Re: Chapter 11 Reorganization Proceeding

BALANCE DUE:        $11,481.79

$ _____

PLEASE RETURN UPPER PORTION WITH YOUR PAYMENT.   THANK YOU!
MASTERCARD, VISA & AMEX ACCEPTED

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2013 | SRH | Telephone conference with Paul Leeds regarding threatened lift stay action pursuant to §362 with respect to Fourth and One and response to same from Debtor (.2). *13* | 0.20 | 80.00 |
| 8/5/2013 | SRH | Telephone conference with Bruce Anderson/Neil Marlette regarding response to Fourth and One's threatened lift stay action and additional details regarding proposed Plan of Reorganization (.3); Drafted email letter to Bruce Anderson on confirmation issues and Fourth and One's threat to lift stay (.3); Telephone conference with James Buchal regarding Vance threatened lift stay action and Stipulation previously forwarded for review and comment (.2). *13 12 13* | 0.80 | 320.00 |
| 8/6/2013 | SRH | Received/reviewed Motion for Relief from Stay filed by Fourth and One, with Declarations and Notice of Hearing (.5), and legal research on cases cited therein (.75). *13* | 1.25 | 500.00 |
| 8/8/2013 | SRH | Conference with Bruce Anderson/Neil Marlette/A. Anderson/others regarding proposed Plan of Reorganization contents and Confirmation prospects with respect to same (.3); Drafted Debtor's Plan of Reorganization and drafted Debtor's Disclosure Statement with information available from previously filed pleadings (1.75); Telephone conference with James Buchal regarding proposed Stipulation for relief from stay involving Vance (.2). *12 12 13* | 2.25 | 900.00 |
| 8/14/2013 | SRH | Telephone conference with James Buchal regarding status of Vance Stipulation for relief from stay (.1); Drafted/filed July 2013 Monthly Operating Report (.2). *13 4* | 0.30 | 120.00 |

Kinsley Resources, Inc.                                                                    Page    2

|  |  | Hours | Amount |
|---|---|---|---|
| 8/19/2013 SRH | Telephone conferences with Paul Leeds (2) regarding proposed Stipulation for relief from automatic stay with respect to Fourth and One and additional time period for Debtor to pay Secured Creditor Claims (.4). | 0.40 | 160.00 |
| 8/20/2013 SRH | Redrafted Stipulation with respect to Fourth and One and lift stay action (1.25); Redrafted Stipulation involving Vance (.1). | 1.35 | 540.00 |
| NG | Drafted stipulation between Debtor and Fourth and One regarding termination of automatic stay as to certain mining claims and emailed same to Bruce Anderson for review (1.0); Received/reviewed three emails from Bruce Anderson for regarding Fourth and One and terms of Stipulation (.25); Telephone conference with Bruce Anderson regarding Fourth and One stipulation and progress on Disclosure Statement and Plan (.25); Drafted Stipulation between Debtor and Terry Vance regarding termination of automatic stay and emailed to Bruce Anderson for review (1.0). | 2.50 | 562.50 |
| 8/21/2013 SRH | Telephone conference with James Buchal regarding finalized Stipulation involving Vance (.2); Received/reviewed email from Paul Leeds on settlement proposal (.05); Telephone conference with Bruce Anderson regarding contents of Plan of Reorganization to be filed by Debtor and proposed confirmation chances, and proposed time period for paying creditors (.25); Redrafted Debtor's Plan of Reorganization and redrafted Debtor's Disclosure Statement with additional financial information provided by Bruce Anderson (1.25). | 1.75 | 700.00 |
| NG | Received/reviewed Plan of Reorganization and Disclosure Statement outline from Bruce Anderson and commenced work on revising same; Reviewed claims register and associated Proofs of Claim to incorporate into Plan (2.0). | 2.00 | 450.00 |
| 8/22/2013 SRH | Redrafted/filed Debtor's Plan of Reorganization and redrafted/filed Debtor's Disclosure Statement (2.5); Telephone conferences with Paul Leeds, Bruce Anderson and James Buchal regarding lift stay actions and stipulated relief with respect to same and Debtor's Plan of Reorganization filing and confirmation request (.5); Redrafted/filed Stipulation between Fourth and One regarding terms and conditions for automatic stay relief (.4). | 3.40 | 1,360.00 |
| NG | Additional work on Disclosure Statement and Plan, emailed same to Bruce Anderson for review and input; revised Plan and Disclosure Statement and finalized and filed with Court (6.0); Revised Stipulation regarding automatic stay with Fourth and One and finalized/filed same (.75). | 6.75 | 1,518.75 |
| 8/23/2013 NG | Revised Stipulation between Debtor and Terry Vance to add Craig Bradford as an additional party to the Stipulation, and emailed revised Stipulation to attorney for parties (.75). | 0.75 | 168.75 |
| 8/26/2013 NG | Drafted Order approving Stipulation regarding termination of automatic stay with Fourth and One and lodged same with Court (.3). | 0.30 | 67.50 |

Kinsley Resources, Inc.                                                                    Page   3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/27/2013 SRH | Telephone conference with Paul Leeds regarding August 28th court appearance on Fourth and One lift stay action and Stipulation with respect to same (.2). | *13* | 0.20 | 80.00 |
| NG | Received/reviewed email with comments as to revised Stipulation with Terry Vance and Craig Bradford, emailed to Bruce Anderson for review, and filed Stipulation with Court (.25). | *13* | 0.25 | 56.25 |
| 8/28/2013 SRH | Conference with Paul Leeds and conference with Bruce Anderson/Paul Leeds regarding Fourth and One's lift stay action and Stipulation with respect to same, and court appearance on Fourth and One's Motion to Lift Stay and Stipulation with respect to stay, and telephone conference with Bruce Anderson regarding results of hearing (2.25). | *13* | 2.25 | 900.00 |
| 8/29/2013 SRH | Drafted Application to pay first interim attorney's fees and costs to Debtor's general bankruptcy counsel (1.1). | *7* | 1.10 | 440.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 27.80 | $8,923.75 |
| Previous balance | | | $2,558.04 |
| Balance due | | | $11,481.79 |

### Staffmember Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Norma Guariglia, Paralegal | 12.55 | 225.00 | $2,823.75 |
| Stephen R. Harris, Esq. | 15.25 | 400.00 | $6,100.00 |