STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@harrislawreno.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

IN RE:

KINSLEY RESOURCES, INC., a Nevada corporation,

Debtor.

_____/

CASE NO. BK-N-12-51217-btb
CHAPTER 11

**NOTICE TO CREDITORS**

Hrg Date:   October 3, 2013
Hrg Time:   9:00 a.m.
Est. Time:  5 minutes
Set By:     Calendar Clerk

NOTICE IS HEREBY GIVEN that an **APPLICATION BY DEBTOR'S ATTORNEY REQUESTING APPROVAL FOR FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (HARRIS LAW PRACTICE LLC)**, ("Application") to be filed herein on September 6, 2013, by STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, formerly practicing as HARRIS & PETRONI, LTD., attorney for Debtor KINSLEY RESOURCES, INC., a Nevada corporation, Debtor and Debtor-In-Possession ("Debtor"), requests a first interim allowance of attorney's fees and costs be made to HARRIS LAW PRACTICE LLC ("Applicant"), for the time period April 30, 2013 through August 31, 2013, in the total sum of $22,984.70; of which $22,857.50 is for legal fees, comprised of the sum of $16,580.00, based on 41.45 hours spent in rendering professional legal services, billed at the rate of $400.00 per hour, for Stephen R. Harris, Esq.; comprised of the sum of $6,277.50,

1

based on 27.90 hours spent in rendering paralegal services, billed at the rate of $225.00 per hour, in addition to the sum of $127.20 representing reimbursement for necessary costs and out-of-pocket expenses for Debtor's Attorney; for a net unpaid first interim fee and cost request of **$22,984.70**. Debtor's Counsel also seeks approval/ratification of all monies received to date from Debtor's bankrupt estate and to pay this first interim fee award from available estate assets, including funds held on deposit for the Debtor in the Harris & Petroni, Ltd. general client trust account in the amount of $8,855.60, and ongoing business revenues deposited and maintained in the Debtor-in-Possession bank account or funds contributed by insiders or investors.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing.

---

If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.

If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:

- The court may *refuse to allow* you to speak at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

Written requests for copies of the subject APPLICATION shall be mailed or faxed to the Debtor in care of its attorneys, STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, Nevada 89511, 775/786-7764, or steve@harrislawreno.com.

///

1   NOTICE IS FURTHER GIVEN that the hearing on said APPLICATION will be held
2   before a United States Bankruptcy Judge in the Clifton Young Federal Building, 300 Booth
3   Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada 89509, on **October 3, 2013, at 9:00**
4   **a.m.**

5   DATED this 5th day of September, 2013.

HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
STEPHEN R. HARRIS, ESQ.
Attorneys for Debtor

3