# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: [CASE NAME]   KINSLEY RESOURCES INC. | Case No. | 12-51217 |
|---|---|---|
| | CHAPTER 11 MONTHLY OPERATING REPORT (GENERAL BUSINESS CASE) | |

## SUMMARY OF FINANCIAL STATUS

| MONTH ENDED: | Feb-14 | PETITION DATE: | 04/24/13 |
|---|---|---|---|

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in    $1

|  | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $106,443,310 | $106,443,310 | |
| | b. Total Assets | $106,443,310 | $106,443,310 | $106,383,158 |
| | c. Current Liabilities | $135,897 | $13,277,004 | |
| | d. Total Liabilities | $13,277,004 | $13,274,504 | $13,281,004 |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $1,500 | $221 | $6,591 |
| | b. Total Disbursements | $1,485 | $249 | $6,533 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $15 | ($28) | $49 |
| | d. Cash Balance Beginning of Month | $37 | $75 | $37 |
| | e. Cash Balance End of Month (c + d) | $46 | $37 | $46 |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $0 | $0 | $0 |
| 5. | Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. | Post-Petition Liabilities | $0 | $4,500 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $135,897 | $133,397 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | x |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ;        U.S. Trustee Quarterly Fees  _x_ ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    3/7/2014 0:00

Responsible Individual     Bruce C. Anderson

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended _____ 02/28/14 _____

| Current Month | | | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | | |
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | Shareholder deposits | $1,500 | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $1,500 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | Trip - Carson City - BK hearing | $1,450 | |
| | | $0 | 29 | | | |
| | | $0 | 30 | YouSendIt acct | $10 | |
| | | $0 | 31 | Yahoo acct | $10 | |
| | | $0 | 32 | Gas | $5 | |
| | | $0 | 33 | AOL Service | $10 | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $1,485 | $0 |
| $0 | $0 | $0 | 36 | Subtotal | $15 | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | $15 | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | $15 | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended _____02/28/14_____

### Assets

|  |  | From Schedules | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $46 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: _____ | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $46 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property      From Schedule A | C | $11,914,541 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: _____ | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $11,914,541 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $60,919 |
| 23 | Loans to affiliates | | |
| 24 | Other: From Schedule B Personal Property | | |
| 25 | Mining Claims | | $94,467,617 |
| 26 | Evaluation Report by Quantum GeoConsultants 2010 | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $94,528,536 |
| 29 | **Total Assets** | | $106,443,123 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
## (General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $0 |
| 33 | Income taxes | | $0 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $135,897 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $135,897 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $135,897 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $6,217,319 |
| 48 | Priority unsecured claims | F | $6,923,788 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $13,141,107 |
| 51 | **Total Liabilities** | | $13,277,004 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $0 |
| 53 | Capital Stock | $0 |
| 54 | Additional paid-in capital | $0 |
| 55 | Cumulative profit/(loss) since filing of case | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | $0 |
| 58 | Market value adjustment | $0 |
| 59 | **Total Equity (Deficit)** | $0 |
| 60 | **Total Liabilities and Equity (Deficit)** | $13,277,004 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
## (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $2,500 | |
| 31-60 Days | $0 | $26,000 | |
| 61-90 Days | $0 | $107,397 | $133,397 |
| 91+ Days | $0 | $0 | |
| Total accounts receivable/payable | $0 | $135,897 | |
| Allowance for doubtful accounts | $0 | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - | |
| Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| Less - | |
| Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No _____
How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
 FIFO cost _____
 LIFO cost _____
 Lower of cost or market _____
 Retail method _____
 Other _____
  Explain

## Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 4 Patented Mining Claims in White Pine Co. NV 103 acres | $464,000 | $632,541 |
| Part of $7 million purchase of 60 total claims. | | |
| Water Well and Permit 52895 | $60,000 | $3,682,000 |
| Water Rights Appropriation Permit 80589 | $10,000 | $3,300,000 |
| Water Rights Appropriation Permit 80590 | $10,000 | $3,300,000 |
| Water Rights Appropriation Permit 80591 | $10,000 | $1,000,000 |
| Total | $554,000 | $11,914,541 |

## Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $6,217,319 | |
| Priority claims other than taxes | $6,923,788 | |
| Priority tax claims | $0 | |
| General unsecured claims | $0 | |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | JP Morgan Chase | JP Morgan Chase | | |
| Account Type | DIP Checking | Bus Checking | | |
| Account No. | 3821 | 18761 | | |
| Account Purpose | DIP | General Bus | | |
| Balance, End of Month | $0 | $46 | | |
| Total Funds on Hand for all Accounts | $46 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98


## CHASE 🦋

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

February 01, 2014 through February 28, 2014

Account Number:       8761

llloolhlllollooltoodllloloollooltolollholoblol
00410196 DRE 703 210 06014 NNNNNNNNNNN  1 000000000 61 0000

KINSLEY RESOURCES INC
237 KENSINGTON PARK
IRVINE CA 92606-1902



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$30.24** |
| Deposits and Additions | 1 | 1,500.00 |
| ATM & Debit Card Withdrawals | 5 | - 34.73 |
| Fees and Other Withdrawals | 1 | - 1,450.00 |
| **Ending Balance** | **7** | **$45.51** |

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | Deposit    1302196143 | $1,500.00 |
| **Total Deposits and Additions** | | **$1,500.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | Recurring Card Purchase 02/03 Hightail 408-4296482 CA Card 3257 | $9.99 |
| 02/04 | Recurring Card Purchase 02/04 Yahoo  *Kinsleyresour 408-916-2149 CA Card 3257 | 9.95 |
| 02/12 | Card Purchase With Pin  02/12 Arco Paypoint Gardnerville NV Card 3257 | 2.44 |
| 02/12 | Card Purchase With Pin  02/12 Arco Paypoint Gardnerville NV Card 3257 | 2.36 |
| 02/26 | Recurring Card Purchase 02/25 Aol* Service 800-827-6364 NY Card 3257 | 9.99 |
| **Total ATM & Debit Card Withdrawals** | | **$34.73** |

## ATM & DEBIT CARD SUMMARY

Bruce C Anderson  Card 3257

 **CHASE**

February 01, 2014 through February 28, 2014

Account Number:                8761

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $34.73 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $34.73 |
| Total Card Deposits & Credits | $0.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | 02/21 Withdrawal | $1,450.00 |
| **Total Fees & Other Withdrawals** | | **$1,450.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/04 | $10.30 |
| 02/12 | 5.50 |
| 02/21 | 55.50 |
| 02/26 | 45.51 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |

 CHASE

February 01, 2014 through February 28, 2014
Account Number:                    8761



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**        Step 1 Balance:  $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

Step 2 Total:   $_____

**3. Add Step 2 Total to Step 1 Balance.**        Step 3 Total:   $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:   -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**      $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.


LENDER        JPMorgan Chase Bank, N.A. Member FDIC



February 01, 2014 through February 28, 2014
Account Number:                    8761

This Page Intentionally Left Blank

CHASE ACCT: 8761

| Debit Card | | Teller Withdrawal | Automatic Deposit | Automatic Payment | | Online Bill Pay | | Online or Phone Transfer | |
|---|---|---|---|---|---|---|---|---|---|
| TRANSACTION DATE | DATE | TRANSACTION DESCRIPTION | PAYMENT/DEBIT (WITHDRAWAL) | ✓ | FEE | (FEE) DEPOSIT | $ | 10 | 23 |
| 1/25 | | Deposit - Bruce A | $ | | | $ | | 30 | 00 |
| | | | | | | | | 40 | 23 |
| 1/25 | | Debit - AOL service | | | | | | 9 | 99 |
| | | | | | | | | 30 | 24 |
| 2/4/14 | | Debit - Hightail | | | | | | 9 | 99 |
| | | | | | | | | 20 | 25 |
| 2/4/14 | | Debit - yahoo | | | | | | 9 | 95 |
| | | | | | | | | 10 | 30 |
| 2/12 | | Debit - Arco - gas Gardnerville NV | | | | | | 2 | 36 |
| | | | | | | | | 7 | 94 |
| 2/12 | | Debit Arco - gas Gardnerville NV | | | | | | 2 | 44 |
| | | | | | | | | 5 | 50 |
| 2/21/2014 | | Deposit - Paul BoBoo | | | | | | 1500 | 00 |
| | | | | | | | | 1505 | 50 |
| 2/21 | | Cash - Bruce A trip to Carson City - BK hearing | | | | | | 1,450 | 00 |
| | | | | | | | | 55 | 50 |
| 2/2-7 | | Debit - AOL service | | | | | | 9 | 99 |
| | | | | | | | | 45 | 51 |
| 3/4, | | Debit - Hightail | | | | | · | 9 | 99 |
| | | | | | | | | 35 | 52 |
| 3/4 | | Debit - yahoo | | | | | | 9 | 95 |
| | | | | | | | | 25 | 57 |
| 3/6 | | Deposit - Bruce A | | | | | | 325 | 00 |
| | | | | | | | | 350 | 57 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

First Prev Next Last          1          100%

# J.P.Morgan

Cash Reporting --      Summary View

Date Range: 01/01/2014 - 03/06/2014                    ** Informational Purposes Only **

Amount Range: All Amounts

Includes Credits and Debits for: All Transaction Types

| Bank: | JPMorgan Chase Bank, N.A. (UT) | | Currency:  US Dollar | |
|---|---|---|---|---|

Account Number:        3821

Account Name:        KINSLEY RESOURCES INC

Balances

| Opening Balance | 01/21/2014 | | | 153 63- | |
|---|---|---|---|---|---|
| Closing Balance | 03/05/2014 | | | 474 42- | |
| Date | Your Ref Number | Bank Ref Number | Description | | Credits |
| 01/23/2014 | 1293865525 | 9290081797 | DEPOSIT | | 160.00 |
| Date | Your Ref Number | Bank Ref Number | Description | | Debits |
| 02/18/2014 | | | SERVICE FEE | | 480.79 |

D/P   ACCT   3821   CLOSED.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended ___ 02/28/14

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $1,500 | $6,591 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,500 | $6,591 |
| **Cash Disbursements** | | | |
| 13 | Payments for Inventory | $0 | $0 |
| 14 | Selling | $0 | $0 |
| 15 | Administrative | $0 | $0 |
| 16 | Capital Expenditures | $0 | $0 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | $0 |
| 20 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $0 |
| 22 | Draws | $0 | $0 |
| 23 | Commissions/Royalties | $0 | $0 |
| 24 | Expense Reimbursements | $0 | $0 |
| 25 | Other | $0 | $0 |
| 26 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 27 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 28 | Employee Withholding | $0 | $0 |
| 29 | Employer Payroll Taxes | $0 | $0 |
| 30 | Real Property Taxes | $0 | $0 |
| 31 | Other Taxes | $0 | $0 |
| 32 | Other Cash Outflows: | $0 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $0 | $0 |
| 39 | Net Increase (Decrease) in Cash | $1,500 | $6,591 |
| 40 | Cash Balance, Beginning of Period | | |
| 41 | Cash Balance, End of Period | $1,500 | $6,591 |

Revised 1/1/98

### STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended __02/28/14__

| | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | Net Cash Provided (Used) by Operating Activities before Reorganization Items | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | Net Cash Provided (Used) by Reorganization Items | $0 | $0 |
| 33 | Net Cash Provided (Used) for Operating Activities and Reorganization Items | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | Net Cash Provided (Used) by Investing Activities | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | Net Cash Provided (Used) by Financing Activities | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | $0 | $0 |
| 45 | Cash and Cash Equivalents at Beginning of Month | | |
| 46 | Cash and Cash Equivalents at End of Month | $0 | $0 |

Revised 1/1/98